② 
3-17-00 
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Paul Lee

**Name of Plaintiff(s)**

v.

U.S.A. Et al

**Name of Defendant(s)**

1: CV 00-0486

Civil Case No.   FILED
SCRANTON

MAR 15 2000

Judge _____
PER _____4_____
DEPUTY CLERK

(Number and Judge to be
assigned by court)

2000 FEB 25 PM 2:52   FCC ALLENWOOD PA   RECEIVED LEGAL SERVICES

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __✓__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __✓__ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ✓ No ____

   (b) If yes, what is your monthly compensation? $ 429.00

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No ✗

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  2-23-00
                (Date)                              (Signature of Plaintiff)
                                              Paul Lee 01656-087

This certification is executed pursuant to Title 28, United States Code, Section 1746.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,         )
    Petitioner,   )
                  )   CASE NO.
    v.            )
                  )
                  )
    Respondent.   )

RECEIVED SCRANTON MAR 1 0 2000 PER /s/ DEPUTY CLERK

## AFFIDAVIT

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC) Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Paul Lee, Reg. No. 01656-087, is presently incarcerated at the Federal Correctional Institution, Allenwood, Pennsylvania, (FCI Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Lee at FCI Allenwood, during the past five months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ 33.70 |
| 2. Total Amount of Deposits During Past Six Months | $ 367.20 |
| 3. Average Monthly Balance | $ 20.46 |
| 4. Average Monthly Deposits | $ 73.44 |

    b. Employment (average monthly wage):    $ 41.44

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding five months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

                                        /s/ Michelle Mertz
                                        Michelle Mertz
                                        Legal Assistant

March 7, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                        )
     Petitioner,              )
                        )   CASE NO.
     v.                       )
                        )
                        )
     Respondent.              )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on March 7, 2000, she served copies of the attached:

PRISON TRUST ACCOUNT FOR INMATE PAUL LEE, REG. NO.01656-087

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:    Inmate Paul Lee
                       Reg. No. 01656-087
                       FCI Allenwood
                       P. O. Box 2000
                       White Deer, PA 17887

                                                           *Michelle Mertz*
                                                           Michelle Mertz
                                                           Legal Assistant

March 7, 2000