# AUTHORIZATION
(Prisoner Account Only)

**1:CV 00-0486**

3-17-00
sc

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED
SCRANTON
MAR 1 5 2000
PER _____ y
DEPUTY CLERK

I, __Paul Lee__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __2-23-00__, 19___

Signature of Prisoner   Paul Lee 01656-087

DATE 02/28/00
PAGE No. 01

Account # 01656067

LEE, PAUL A.
3B

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 2.22- | 2.50 | .00 | .00 | .28 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP99P | 8:05 | 10-05-99 | PERFORMANCE PAY | 40.37 | 40.65 |
| JV0013 | 8:55 | 10-05-99 | COMMISSARY FORM | 2.50- | 38.15 |
| COPIES | 8:57 | 10-05-99 | ENC. / DISCIPLINE | 2.50 | 38.15 |
| 000002 | 9:32 | 10-05-99 | SALE / REGULAR | 25.00- | 13.15 |
| 000078 | 15:56 | 10-07-99 | SALE / REGULAR | 12.67- | .48 |
| OCT99P | 14:40 | 11-09-99 | PERFORMANCE PAY | 45.09 | 45.57 |
| 000004 | 10:47 | 11-11-99 | SALE / REGULAR | 21.87- | 23.70 |
| 001905 | 18:21 | 11-11-99 | DEPOSIT ITS FUNDS | 20.00- | 2.70 |
| 000063 | 17:40 | 11-18-99 | SALE / REGULAR | 2.00- | .70 |
| T03825 | 12:40 | 12-07-99 | MONEY ORDER | 20.00 | 20.70 |
| PLRA | 13:56 | 12-07-99 | ENC. / DISCIPLINE | 2.00- | 20.70 |
| NOV99P | 8:24 | 12-09-99 | PERFORMANCE PAY | 44.00 | 64.70 |
| DEC99P | 8:27 | 12-09-99 | FIN. RESP. ACT | 25.00- | 39.70 |
| PLRA | 9:53 | 12-09-99 | ENC. / DISCIPLINE | 3.82- | 39.70 |
| 01F904 | 17:35 | 12-09-99 | DEPOSIT ITS FUNDS | 15.00- | 24.70 |
| 000204 | 16:22 | 12-16-99 | SALE / REGULAR | 10.80- | 13.90 |
| T04942 | 13:32 | 12-20-99 | MONEY ORDER | 100.00 | 113.90 |
| PLRA | 15:32 | 12-20-99 | ENC. / DISCIPLINE | 20.00- | 113.90 |
| 02CD14 | 19:45 | 12-20-99 | DEPOSIT ITS FUNDS | 5.00- | 108.90 |
| 000009 | 16:30 | 12-22-99 | SALE / REGULAR | 39.05- | 69.93 |
| 030001 | 18:12 | 12-23-99 | DEPOSIT ITS FUNDS | 5.00- | 64.93 |
| 036F05 | 19:34 | 12-29-99 | DEPOSIT ITS FUNDS | 10.00- | 54.93 |

**** TRANSACTION TOTAL ****    54.65

handwritten annotations: FY00 Oct 1 - Dec 31; $1.27; $4.33; $36.04

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 24.11 | 30.82 | .00 | .00 | 54.93 |

```
FCI ALLENWOOD*LIMITED OFFICAL USE                      DATE 02/28/00
P. O. BOX 2500                                         PAGE No. 01
WHITE DEER, PA 17887
717-547-7950
                                                       FY00

                          Account # 01656087

     LEE, PAUL A.
     3B


---BEGINNING---AVAILABLE  ENCUMBRANCE  OUTSTANDING    SPECIAL    ACCOUNT
                BALANCE     BALANCE      BALANCE      BALANCE    BALANCE
                 24.11       30.82         .00          .00       54.93
|INVOICE| TIME | DATE  | TRANSACTION DESCRIPTION  | AMOUNT |||||||||||||||
 000010  16:38  01-03-00 SALE / REGULAR              16.90-      38.03
 000011  16:39  01-03-00 SALE / REGULAR               5.50-      32.53
 DEC00P  12:07  01-06-00 PERFORMANCE PAY             39.10       71.63
 PLRA    13:30  01-06-00 ENC. / DISCIPLINE            5.82-      71.63
 PLRA    11:11  01-07-00 ENC. / DISCIPLINE           30.82       71.63
 P-2546  11:15  01-07-00 COMMISSARY FORM    $19.94   30.82-      40.81
 000009  16:48  01-10-00 SALE / REGULAR              18.65-      22.16
 04␣␣␣␣  22:43  01-11-00 DEPOSIT ITS FUNDS           10.00-      12.16
 04F521  13:20  01-29-00 DEPOSIT ITS FUNDS            5.00-       7.16
 05A110  18:50  01-31-00 DEPOSIT ITS FUNDS            1.00-       6.16
 JAN00P   8:13  02-03-00 PERFORMANCE PAY             38.56       44.72
 PLRA     9:50  02-03-00 ENC. / DISCIPLINE            5.71-      44.72
 PLRA    13:16  02-04-00 ENC. / DISCIPLINE            5.82       44.72
 P-2729  13:21  02-04-00 COMMISSARY FORM    $40.72    5.82-      38.90
 05F2D7  15:15  02-05-00 DEPOSIT ITS FUNDS           15.00-      23.90
 T07840  13:57  02-07-00 MONEY ORDER                 40.00       63.90
 PLRA00  15:41  02-07-00 ENC. / DISCIPLINE            8.00-      62.90
 000040  19:05  02-07-00 SALE / REGULAR              15.20-      48.70
 07␣␣␣␣  13:52  02-24-00 DEPOSIT ITS FUNDS           15.00-      33.70

                **** TRANSACTION TOTAL ****          61.23-


----ENDING-----AVAILABLE  ENCUMBRANCE  OUTSTANDING    SPECIAL    ACCOUNT
                BALANCE     BALANCE      BALANCE      BALANCE    BALANCE
                 19.99       13.71         .00          .00       33.70
```