IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE, )
    Petitioner, )
)
v. ) CASE NO. 1:00-CV-00486
)
UNITED STATES OF AMERICA, ET AL., )
    Respondent. )

A F F I D A V I T

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC), Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Paul Lee, Reg. No. 01656-087, is presently incarcerated at the Federal Correctional Institution, Allenwood, Pennsylvania, (FCI Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Lee at FCI Allenwood during the past six months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ 5.71 |
| 2. Total Amount of Deposits During Past Six Months | $ 404.12 |
| 3. Average Monthly Balance | $ 20.13 |
| 4. Average Monthly Deposits | $ 67.35 |

    b. Employment (average monthly wage):    $ 40.69

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

*Michelle Mertz*
Michelle Mertz
Legal Assistant

March 29, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                                             )
       Petitioner,                                  )
                                                           )  CASE NO. 1:00-CV-00486
v.                                                    )
                                                           )
UNITED STATES OF AMERICA, ET AL.,                     )
       Respondent.                                 )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on March 29, 2000, she served copies of the attached:

<u>PRISON TRUST ACCOUNT FOR INMATE PAUL LEE, REG. NO. 01656-087</u>

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:    Inmate Paul Lee
                     Reg. No. 01656-087
                     FCI Allenwood
                     P. O Box 2000
                     White Deer, PA 17887

                                                        *Michelle Mertz* (signature)
                                                        Michelle Mertz
                                                        Legal Assistant

March 29, 2000

STATEMENT
DATE 03/24/00
PAGE No. 01

Account # 01656087

LEE, PAUL A.
2B

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 2.22- | 2.50 | .00 | .00 | .28 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP99P | 8:05 | 10-05-99 | PERFORMANCE PAY | 40.37 | 40.65 |
| JV0013 | 8:55 | 10-05-99 | COMMISSARY FORM | 2.50- | 38.15 |
| COPIES | 8:57 | 10-05-99 | ENC. / DISCIPLINE | 2.50 | 38.15 |
| 000002 | 9:32 | 10-05-99 | SALE / REGULAR | 25.00- | 13.15 |
| 000078 | 15:56 | 10-07-99 | SALE / REGULAR | 12.67- | .48 |
| OCT99P | 14:40 | 11-09-99 | PERFORMANCE PAY | 45.29 | 45.57 |
| 360004 | 10:47 | 11-11-99 | SALE / REGULAR | 21.87- | 23.70 |
| 001905 | 18:21 | 11-11-99 | DEPOSIT ITS FUNDS | 20.00- | 3.70 |
| 000063 | 17:40 | 11-18-99 | SALE / REGULAR | 3.00- | .70 |
| T03835 | 12:40 | 12-07-99 | MONEY ORDER | 20.00 | 20.70 |
| PLRA | 13:56 | 12-07-99 | ENC. / DISCIPLINE | 2.00- | 20.70 |
| NOV99P | 8:24 | 12-09-99 | PERFORMANCE PAY | 44.08 | 64.78 |
| DECFRP | 8:27 | 12-09-99 | FIN. RESP. ACT | 25.00- | 39.78 |
| PLRA | 9:53 | 12-09-99 | ENC. / DISCIPLINE | 8.82- | 39.78 |
| 01F9D4 | 17:26 | 12-09-99 | DEPOSIT ITS FUNDS | 15.00- | 24.78 |
| 000004 | 16:32 | 12-16-99 | SALE / REGULAR | 10.80- | 13.98 |
| T04942 | 13:32 | 12-20-99 | MONEY ORDER | 150.00 | 113.98 |
| PLRA | 15:32 | 12-20-99 | ENC. / DISCIPLINE | 20.00- | 113.98 |
| 02C014 | 19:45 | 12-20-99 | DEPOSIT ITS FUNDS | 5.00- | 108.98 |
| 000009 | 16:30 | 12-22-99 | SALE / REGULAR | 39.05- | 69.93 |
| 030001 | 18:12 | 12-22-99 | DEPOSIT ITS FUNDS | 5.00- | 64.93 |
| 03FRE | 19:24 | 12-30-99 | DEPOSIT ITS FUNDS | 10.00- | 54.93 |

**** TRANSACTION TOTAL ****    54.65

Handwritten annotations: $1.27, $4.33, $36.04

| ---ENDING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 24.11 | 30.82 | .00 | .00 | 54.93 |

```
                    STATEMENT
FCI ALLENWOOD*LIMITED OFFICAL USE          DATE 03/24/00
P. O. BOX 2500                              PAGE No. 01
WHITE DEER, PA 17887
717-547-7950
```

Account # 01656087

LEE, PAUL A.
3B

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 24.11 | 30.82 | .00 | .00 | 54.93 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000010 | 16:38 | 01-03-00 | SALE / REGULAR | 16.90- | 38.03 |
| 000011 | 16:39 | 01-03-00 | SALE / REGULAR | 5.50- | 32.53 |
| DEC00P | 12:07 | 01-06-00 | PERFORMANCE PAY | 39.10 | 71.63 |
| PLRA | 13:30 | 01-06-00 | ENC. / DISCIPLINE | 5.82- | 71.63 |
| PLRA | 11:11 | 01-07-00 | ENC. / DISCIPLINE | 30.82 | 71.63 |
| P-2546 | 11:16 | 01-07-00 | COMMISSARY FORM | 30.82- | 40.81 |
| 000009 | 16:48 | 01-10-00 | SALE / REGULAR | 18.65- | 22.16 |
| 045E94 | 22:43 | 01-11-00 | DEPOSIT ITS FUNDS | 10.00- | 12.16 |
| 04F521 | 18:20 | 01-20-00 | DEPOSIT ITS FUNDS | 5.00- | 7.16 |
| 05A11C | 18:50 | 01-31-00 | DEPOSIT ITS FUNDS | 1.20- | 5.16 |
| JAN00P | 9:13 | 02-03-00 | PERFORMANCE PAY | 39.56 | 44.72 |
| PLRA | 9:50 | 02-03-00 | ENC. / DISCIPLINE | 5.71- | 44.72 |
| PLRA | 13:15 | 02-04-00 | ENC. / DISCIPLINE | 5.82 | 44.72 |
| P-2729 | 13:21 | 02-04-00 | COMMISSARY FORM | 5.82- | 38.90 |
| 05F207 | 15:15 | 02-05-00 | DEPOSIT ITS FUNDS | 15.00- | 23.90 |
| 707840 | 13:57 | 02-07-00 | MONEY ORDER | 40.00 | 63.90 |
| PLRA03 | 15:41 | 02-07-00 | ENC. / DISCIPLINE | 5.00- | 63.90 |
| 000040 | 18:05 | 02-07-00 | SALE / REGULAR | 15.20- | 48.70 |
| 072171 | 18:52 | 02-24-00 | DEPOSIT ITS FUNDS | 15.00- | 33.70 |
| FEB00P | 10:05 | 03-06-00 | PERFORMANCE PAY | 36.92 | 70.62 |
| NARFRP | 10:50 | 03-06-00 | FIN. RESP. ACT | 25.00- | 45.62 |
| PLRA04 | 12:18 | 03-06-00 | ENC. / DISCIPLINE | 5.38- | 45.62 |
| PLRA03 | 9:04 | 03-08-00 | ENC. / DISCIPLINE | 13.71 | 45.62 |
| P-2950 | 9:09 | 03-08-00 | COMMISSARY FORM | 13.71- | 31.91 |
| 060384 | 18:23 | 03-08-00 | DEPOSIT ITS FUNDS | 15.00- | 16.91 |
| 000082 | 16:36 | 03-13-00 | SALE / REGULAR | 7.20- | 9.71 |
| 05F38A | 19:04 | 03-22-00 | DEPOSIT ITS FUNDS | 4.00- | 5.71 |

Handwritten annotations: $19.94, $40.48, $18.70

**** TRANSACTION TOTAL ****    49.22-

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | .33 | 5.38 | .00 | .00 | 5.71 |