⑦
4/14/00
CY

Kane/DB

```
Thu Apr 13 14:00:56 2000

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   333 79514
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 54029338

Transaction Type   AR

DO Code    Div No    Acct
 4667        3       5100PL

Amount             $    13.70

PAUL LEE FCI ALLENWOOD

PARTIAL FILING FEE 00-CV-486
```

**FILED**
**SCRANTON**
APR 14 2000
PER _____
DEPUTY CLERK