1:00 CV 486

(10)
5/17/00
CY

KANE/DB

```
Tue May 16 16:58:14 2000

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   333 79437
Cashier       knoye

Tender Type   CHECK

Check Number: 2221 04186791

Transaction Type   AR

PO Code    Div No    Acct
4647       3         510000

Amount              $  14.20

PAUL LEE FCI ALLENWOOD 01656087

PARTIAL FILING FEE 00-CV-486
```

FILED
SCRANTON
MAY 16 2000
PER _____
DEPUTY CLERK