T.
60 day

1:00 cv 486

(11)
6/27/01
CY

```
Mon Jun 26 11:28:30 2000

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   333 80276
Cashier       tanya

Tender Type   CHECK

Check Number: 2221 54851221

Transaction Type   AR

DO Code   Div No          Acct
4667       3              710001

Amount                $    6.51

PAUL LEE FCI ALLENWOOD 1656887

PARTIAL FILING FEE 00-CV-486
```

**FILED**
**SCRANTON**

JUN 26 2000

PER _____
         DEPUTY CLERK