60 day

1:00 CV 486

(12)
7/13/00

```
Thu Jul 13 10:06:51 2000

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 00459
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 04661300

Transaction Type   GP

DO Code    Div No    Acct
4667         3       5100PL

Amount              $    15.23

PAUL LEE FCT ALLENWOOD 91636007

PARTIAL FILING FEE 00-CV-486
```