60

(14)
8/22/00
UY

```
Fri Aug 18 10:06:01 2000

UNITED STATES DISTRICT COURT
   SCRANTON      , PA

Receipt No.   333 48423
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 55353594

Transaction Type   AR

DO Code    Div No      Acct
 4667        3        519001

Amount             $    15.83

PAUL LEE 01656007 FCI ALLENWOOD

PARTIAL FILING FEE 00-CV-486
```

FILED
SCRANTON

AUG 21 2000

PER _____
      DEPUTY CLERK

1:00 CV 486