B/

1:00 CV 486

15
9/20/00

```
Mon Sep 18 11:46:23 2000

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.  333 51127
Cashier         tanya

Tender Type  CHECK

Check Number: 0281 8524A758

Transaction Type   AR

DO Code    Div No      Acct
 4667        3         5100PL

Amount              $   14.40

PAUL LEE FCI ALLENWOOD 91636047

PARTIAL FILING FEE 00-CV-0486
```

**FILED**
**SCRANTON**

**SEP 1 8 2000**

PER _____
        DEPUTY CLERK