17

10/25/00

Cy

1:00CV 486

PAYMENT IDENTIFICATION DATA

NOTICE TO CHECK RECIPIENT

Fri Oct 20 10:38:57 2000

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 01454
Cashier          tanya

Check Number:  2221 55097964

DO Code    Div No
4667         3

Sub Acct Type Tender      Amount
1:510000  AR    2          10.13
2:0060PM  GR    2           7.81

Total Amount        $    17.94

PAUL LEE 01856087 FCI ALLENWOOD

PARTIAL FILING FEE 00-CV-486

**FILED**
**SCRANTON**

OCT 2 0 2000

PA
DEPUTY CLERK

Kane/DB