00CV486

18
11/21/0
3
KANE/DB

```
Mon Nov 13 14:33:32 2000

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.  333-81676
Cashier      tanya

Tender Type  CHECK
Check Number: 2221 85727419

Transaction Type  AR

DO Code    Div No    Acct
4667       3         986701

Amount              $  17.76

PAUL LEE 31656007 NO ADDRESS GIVEN

PARTIAL FILING FEE 00-CV-486
```

**FILED SCRANTON**
NOV 13 2000
PER _____ DEPUTY CLERK

**FILED SCRANTON**
NOV 21 2000
PER _____ DEPUTY CLERK