**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Lee | COURT CASE NUMBER: CV-00-486 |
| DEFENDANT: USA | TYPE OF PROCESS: S+c |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Federal Building, Williamsport

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

FILED SCRANTON NOV 2 0 2000 PER __ DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: Q. Lavelle | Date 9/21/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Wagner for U.S. Attorney

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: Sept 25, 2000   Time: 4:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:

2000 OCT -2 AM 9:26
RECEIVED USMS, MIDDLE/PA

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

[form: USM-285 Process Receipt and Return]

- PLAINTIFF: Lee
- DEFENDANT: USA
- COURT CASE NUMBER: CV-00-486
- TYPE OF PROCESS: Sat

SERVE: Kathleen M. Hawk-Sawyer, Director
AT: BOP, 320 First St. Washington DC 20534

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kathleen Hawk-Sawyer
DIRECTOR
U.S. BUREAU OF PRISONS
320 1st STREET, N.W.
WASHINGTON, D.C. 20537

2. Article Number (Copy from service label): 7099 3400 0003 0834 8545
PS Form 3811, July 1999  Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 9/27/00
C. Signature: [signature] — Agent / Addressee
D. Is delivery address different from item 1? Yes / No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

CV-00-486
102595-99-M-1789

Date: 9/21/00
Date of Service: 9/27/00
Signature of U.S. Marshal or Deputy: [signature]

Service Fee: 8.00
Total Charges: 8.00

REMARKS:

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | Lee | COURT CASE NUMBER | CV-00-486 |
| --- | --- | --- | --- |
| DEFENDANT | USA | TYPE OF PROCESS | S&c |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BOP, 320 First St, NW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Washington, DC 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

~~DIRECTOR~~
U.S. BUREAU OF PRISONS
320 1st STREET, N.W.
WASHINGTON, D.C. 20537

2. Article Number (Copy from service label)
7099 3400 0003 0834 8606
PS Form 3811, July 1999   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
X C. Tagg
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

CV-00-486
102595-99-M-1789

Business and Alternate Addresses, All
Fold

| | NUMBER | DATE |
| --- | --- | --- |
| WRITE BELOW THIS LINE | | |
| Deputy or Clerk | | Date 9/21/00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| --- | --- |
| Address (complete only if different than shown above) | Date of Service 9/27 | Time am pm |
| | Signature of U.S. Marshal or Deputy   D. Lanelli |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| --- | --- | --- | --- | --- | --- | --- |
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Lee | COURT CASE NUMBER<br>00-CV-486 |
| DEFENDANT<br>USA | TYPE OF PROCESS<br>Svc |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Attorney General DOJ

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20530

SEP 28

Article Number (Copy from service label)
0990 3400 0003 0834 8576   CV-00-486

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
X   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt   102595-99-M-1789

USMS Deputy or Clerk: welle   Date: 9/21/00

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

Date of Service: 9/28/00   Time: __ am / pm

Signature of U.S. Marshal or Deputy: Andrea Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

*Original*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Lee
      Plaintiff
V.

CASE NUMBER: 1:00-cv-00486

United States of Ame
      Defendant

TO:   (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

   Paul Lee
   FCI-ALLENWOOD
   01656-087
   P.O. Box 2000
   White Deer, PA  17887

an answer to the complaint which is herewith served upon you, within (60) SIXTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: *Christine Lavelle*
   Deputy Clerk

DATE: September 20, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00486

Paul Lee
    plaintiff

             v.

United States of America
    defendant
Kathleen M. Hawk-Sawyer
    defendant
Bureau of Prisons
    defendant

RETURN OF SERVICE - Case # 00-cv-00486

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served:

_____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

_____

|_| Returned unexecuted: _____

_____

_____

|_| Other (specify): _____

_____

_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                      Signature of Server

                                      _____
                                         Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure