

DMB:DD:slg:2000V00797

JUDGE'S COPY

FILED
HARRISBURG

NOV 2 7 2000

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,

        Plaintiff

       v.

UNITED STATES OF AMERICA, et al.
        Defendants

:
:
:
:
:
:
:
:

Civil No.  1:CV-00-00486
(Kane, J.)

## DEFENDANTS' MOTION TO DISMISS

The Defendants United States of America, Kathleen M. Hawk-Sawyer, and Bureau of Prisons, ask this Court to dismiss them from this action pursuant to Fed. R. Civ. P. 12(b).  A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that she has not obtained the concurrence of the plaintiff pursuant to M.D. Pa. Local Rule 7.1 because the plaintiff is a prisoner proceeding pro se.

        Respectfully submitted,

        DAVID M. BARASCH
        United States Attorney

        KATE L. MERSHIMER
        Assistant U.S. Attorney
        SHELLEY L. GRANT
        Paralegal Specialist
        217 Federal Building
        225 Walnut Street
        Post Office Box 11754
        Harrisburg, PA 17108

Dated: November 27, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,
       Plaintiff      :

         v.          :  Civil No.  1:CV-00-00486
              :  (Kane, J.)
UNITED STATES OF AMERICA, et al.  :
       Defendants    :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on November 27, 2000, she served a copy of the attached

**DEFENDANTS' MOTION TO DISMISS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

SHELLEY L. GRANT
Paralegal Specialist