DMB:DD:slg:2000V00797

JUDGE'S COPY

FILED
HARRISBURG
DEC 1 1 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                          :
                 Plaintiff         :
                                   :
          v.                       :      Civil No.  1:CV-00-00486
                                   :      (Kane, J.)
UNITED STATES OF AMERICA, et al.   :
                 Defendants        :


**RECORD TO BRIEF IN SUPPORT OF THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**


DAVID M. BARASCH
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
SHELLEY L. GRANT
Paralegal Specialist
217 Federal Building
225 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108

Dated: December 11, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                              :

      Plaintiff                  :         CIVIL NO. 1:CV-00-0486

      v.                         :         (Judge Kane)

UNITED STATES OF AMERICA, et-al.,  :

      Defendants                 :


## DECLARATION OF J. FROMM

I, J. Fromm, hereby declare and state as follows:

1.  I am currently employed by the United States Department of Justice, Federal Bureau of Prisons ("FBOP"), as a Paralegal Specialist, at the Federal Correctional Complex (F.C.C.), Allenwood, Pennsylvania.  I have been a Paralegal Specialist at F.C.C. Allenwood since August 1998.  Prior to that time, I held the position of Paralegal Specialist at the United States Penitentiary, Lewisburg, Pennsylvania, since November, 1989.

2.  In my official capacity, I have access to inmate files, including, but not limited to, records regarding an inmate's sentencing, disciplinary history, administrative tort claim filings and records relating to an inmate's history of incarceration.

3.  I have reviewed the complaint in the above-captioned action,

1

wherein the Plaintiff, inmate Paul Lee, Federal Register Number 01656-087, alleges that his left hip has degenerated since 1997 due to inappropriate bedding.  The Plaintiff further alleges that he now suffers from degenerative arthritis and that medical staff have negligently failed to provide him with appropriate medical care and treatment for his injury.

4.   The Plaintiff, inmate Paul A. Lee, Register No. 01656-087, was sentenced on January 30, 1995, in the United States District Court for the Northern District of West Virginia, to a term of imprisonment of two hundred months for: "Conspiracy to Possess With Intent to Distribute" and "Distribution of Cocaine a/k/a "Crack"" in violation of Title 21, United States Code §841(a)(1) and Title 21, United States Code, §846.  The Plaintiff has a projected release date of March 26, 2010, via good conduct time release.  The Plaintiff is currently housed at the Federal Correctional Institution (FCI) Allenwood, Pennsylvania.

5.   The Plaintiff filed an administrative tort claim with the Northeast Regional Office, Federal Bureau of Prisons, which was received on February 9, 2000.  The claim was assigned number TRT-NER-2000-449.

6.   In his tort claim, the Plaintiff alleged "The BOP has cause my

**2**

hip to deteriorated by providing me with a steel bed and substandard mattress to sleep on. without a "box spring" By reason of the "BOP" cause negligence in their part not to provide me with proper bedding care". The Plaintiff did **not** raise any allegations of negligent medical care. I have attached a copy of claim TRT-NER-2000-449 to my declaration.

I declare that any and all records attached to this declaration are true and accurate copies of records maintained in the ordinary course of business by the Federal Bureau of Prisons. I further declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. §1746.

EXECUTED this 21st day of November, 2000.

J. FROMM
Paralegal Specialist
Federal Correctional Complex
Allenwood, Pennsylvania

3

DEC-11-00 MON 03:10 PM  ALLENWOOD LEGAL SERVICES    FAX NO. 17175476458        P. 02

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.)* *(Number, street, city, State and Zip Code)* Paul Lee 01656-087 P.O. BOX 2000 White deer,Pa. 17887 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 5-15-53 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 12-25-99 | 7. TIME (A.M. OR P.M.) 10 Pm |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

The "BOP" has cause my hip to deteriorated by providing me with a steel bed and substandard mattress to sleep on.  without a "boxspring" By reason of the "BOP" cause negligence in their part not to provide me with proper bedding care.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)* "BOP" has cause server pain in my left hip, due to substandard mattress.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

N/A

| 11. | | WITNESSES | |
|---|---|---|---|
| NAME | | ADDRESS *(Number, street, city, State, and Zip Code)* | |
| F.C.I A llenwood, Medical Service | | P.O.BOX 2500 White deer, Pa. 17887 | |
| F.C.I Beckley, W.v. | | P.O.BOX 1280 Beaver, Wv. 25813 | |

| 12. *(See instructions on reverse)* | AMOUNT OF CLAIM *(in dollars)* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE cost of new hip | 12b. PERSONAL INJURY 2.5 m | 12c. WRONGFUL DEATH N/A | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* 2.5m |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory: | 14. DATE OF CLAIM 2-7-00 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |
|---|---|

| 95-108 Previous editions not usable. | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

3A

DEC-11-00 MON 03:10 PM   ALLENWOOD LEGAL SERVICES   FAX NO. 17175476458          P. 03

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.

C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden.

to  Director, Torts Branch
    Civil Division
    U.S. Department of Justice
    Washington, DC  20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC  20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number.  ☐ No

N/A

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| N/A | N/A |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

N/A

19. Do you carry public liability and property damage insurance?  ☐ Yes, If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code)  ☐ No

N/A

NOV-29-00 WED 12:26 PM   ALLENWOOD LEGAL SERVICES     FAX NO. 17175476458     P. 01



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

*Allenwood Medium*
*P.O. Box 2500*
*White Deer, PA  17887-2500*

May 24, 2000

MEMORANDUM FOR:   HENRY J. SADOWSKI, REGIONAL COUNSEL
NORTHEAST REGION

FROM:             Michael A. Zenk, Warden

SUBJECT:          T-NER-2000-449
                  LEE. Paul
                  Reg. No. 01656-087

This is in response to your request for an investigation and recommendation on the above-referenced administrative tort claim.  Inmate Lee seeks compensation in the amount of $2,500,000 for deterioration in his hip which he alleges occurred as a result of inadequate medical treatment. Specifically, he alleges that the Health Services Department should have provided a sturdier mattress which would have better supported his hip.

An investigation revealed that inmate Lee first began complaining of problems with his hip in July 14, 1997, long before his transfer to FCI-Allenwood.  At that time, inmate Lee had a history of osteoarthritis, and an appointment was scheduled for December 9, 1997, with an orthopedic specialist.  After an examination, the orthopedic specialist diagnosed the pain in inmate Lee's hip as Piriformis Syndrome (a compression of the sciatic nerve, causing pain centered in the hip and buttock area, and radiating up the back and down the legs.)  As a result of this diagnosis, the affected area was injected with Depo-Medrol and Xylocaine, and inmate Lee was prescribed Indomethacin (an anti-inflammatory medication).  Additional treatment includes physical therapy, an ultrasound to relieve muscle pressure, and anti-inflammatory medication.  Following the December 9, 1997, consultation, inmate Lee was provided all of the appropriate treatment, and was educated regarding the use of heat therapy and anti-inflammatory medication.

Inmate Lee was not examined again with regards to his hip until July 24, 1998.  At that time, he was diagnosed with an umbilical hernia and hip pain.  He was again prescribed Indomethacin and was issued a referral for a steroid injection, however, he refused an orthopedic consultation.  It was also determined at that time, that there was no need for a lower bunk restriction.  On September 14, 1998, and November 2, 1998, he was again examined by Health Services staff.  He was then diagnosed with left hip arthritis and prescribed Motrin.

4

Inmate Lee was transferred to FCI-Allenwood from FCI-Beckley on November 16, 1998. Upon his arrival, it was noted that inmate Lee had a history of left hip bursitis. Inmate Lee was not examined again until April 26, 1999. At that time, he complained of a cough and cold along with his ongoing hip bursitis. An examination at that time revealed decreased range of motion at all points, positive point tenderness over the joint without erythema or signs of inflammation. He was again prescribed Motrin for the pain.

As a result of the April 26, 1999, examination, medical staff requested an X-Ray and orthopedic consult. On June 2, 1999, an X-Ray was taken of inmate Lee's left hip. The X-Ray revealed severe degenerative change in the left hip joint, consistent with the degenerative change associated with degenerative joint arthritis. The results of this X-Ray were subsequently reviewed with inmate Lee.

On July 14, 1999, inmate Lee was examined by the orthopedic specialist who indicated that inmate Lee may be a future candidate for hip replacement surgery. Until such time as inmate Lee qualified for the surgery, however, he was offered a cane and a local injection for the pain. Inmate Lee refused this course of treatment.

On December 14, 1999, inmate Lee again requested to see the specialist regarding his left hip. On February 4, 2000, inmate Lee's hip was again X-Rayed, revealing bilateral osteoarthritis, left greater than right. Inmate Lee was then examined by the orthopedic specialist on April 12, 2000. At that time, the specialist recommended the use of a cane and anti-inflammatory medication. Inmate Lee was further advised that if he remained compliant with the prescribed medication and cane, but his condition continued to deteriorate, then hip surgery would be examined at a later date. Inmate Lee has not been examined with regards to his hip since April 12, 2000.

Based on the above information, this investigation has failed to reveal the existence of any staff negligence. Specifically, the evidence in this matter reveals that staff appropriately tended to inmate Lee's medical needs. Therefore, I recommend that this administrative tort claim be Denied. Should you have any questions concerning this matter, please feel free to contact Douglas S. Goldring, Attorney, at (570)547-7950, ext. 5116.



UNITED STATES GOVERNMENT
MEMORANDUM
FCI ALLENWOOD


DATE: April 25, 2000

REPLY TO
ATTN OF: J. Hutton, Acting HSA

SUBJECT: TRT-NER-00-4
Lee, Paul
Reg.No. 23877-083

TO: Mike Sullivan, Supervisory Attorney


This is in response to the tort claim filed by inmate Lee, Paul Reg.No. 01656-087, in which he states that the "BOP" has caused his hip to deteriorate because he has not been provided proper bedding care.

After a careful review of his medical records, July 14, 1997, is the first medical documentation regarding pain in his hip. His medical record states a history of osteoarthritis. Inmate Lee complained about hip pain and was evaluated by an orthopedic specialist on December 9, 1997. This consultation states Piriformis syndrome and the area was injected with Depo-Medrol and Xylocaine. He was also prescribed Indomethacin which is an anti inflammatory medication. Piriformis syndrome is a condition marked by pain in the hip and buttock that radiates up into the lower back and down the leg. This is caused by entrapment of the sciatic nerve as it passes through the piriformis muscle in the buttock. Because the symptoms mimic those caused by a herniated lumbar disk, the syndrome may be confused with that disease. Treatment includes physical therapy to relieve pressure, ultrasound to reduce muscle spasm, and anti-inflammatory medicine. Inmate Lee received the appropriate treatment at that time and was educated regarding the use of heat and anti inflammatory medication.

On July 24, 1998, inmate Lee was examined in health services for umbilical hernia and hip pain. He was given a prescription for Indomethacin and a referral for steroid injection was written. It was noted at the time "no need for low bunk". Inmate Lee was a no show for his orthopedic consult.

On September 14, 1998, he was evaluated and was prescribed Indomethacin and another orthopedic consult was written. He was evaluated on November 2, 1998, for "left hip arthritis" and requested pain medication. He was given a prescription for Motrin, another anti inflammatory medication.

Inmate Lee arrived at FCI Allenwood on November 16, 1998, from FCI Beckley. Upon

**6**

in sick call for congestion and cough and history of left hip bursitis. Examination revealed decreased range of motion all points, positive point tenderness over joint without erythema or signs of active inflammation. He was given a prescription for Motrin to be taken as needed for pain. An x-ray of the left hip and an orthopedic consult were requested. X-ray report of the left hip on June 2, 1999, revealed severe degenerative changes of the left hip joint. This type of degenerative change is expected with severe degenerative joint arthritis. On July 6, 1999, x-ray results were discussed with inmate Lee and treatment options were explained.

On July 14, 1999, inmate Lee was examined by an orthopedic specialist and instructed he could be a candidate for hip replacement in the future and was offered a cane and local injection which he refused.

On December 22, 1999, inmate Lee requested to see the doctor regarding his left hip. An orthopedic referral was submitted and x-rays were ordered. X-rays from February 4, 2000, reported bilateral osteoarthritis, left greater than right.

On April 12, 2000, inmate Lee was seen by an orthopedic specialist who recommended using a cane and anti inflammatory medication and he agreed to try using a cane. Hip surgery will be discussed in the future if he is compliant with cane and medications.

As outlined above inmate Lee has been examined several times for his hip by orthopedic specialists. There is no documentation that the type of bedding provided to inmate Lee caused his hip to further deteriorate. The deterioration he has experienced is a natural progression of his condition. There is no proof that a substandard mattress has caused his hip pain and his tort claim should be denied.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                              :

        Plaintiff              :          CIVIL NO. 1:CV-00-0486

        v.                     :          (Judge Kane)

UNITED STATES OF AMERICA, et-al.,  :

        Defendants              :

## DECLARATION OF R. MIGLIORINO, D.O.

I, R. MIGLIORINO, hereby declare and state as follows:

1.    I am currently employed by the United States Department of Justice, Federal Bureau of Prisons ("FBOP"), as the Clinical Director at the Federal Correctional Institution (F.C.I.), Allenwood, Pennsylvania. I have been employed with the FBOP since April 1996. Prior to that time, I was assigned to the medical staff at the Sioux San Hospital Rapid City, South Dakota. As a Clinical Director, I have access to Bureau of Prisons records, including but not limited to medical records and records denoting places of incarceration.

2.    I have reviewed the complaint in the above-captioned action, wherein the Plaintiff, inmate Paul Lee, Federal Register Number 01656-087, alleges that his left hip has degenerated since 1997 due to inappropriate bedding. The Plaintiff further alleges that he now suffers from degenerative arthritis and that medical staff have negligently failed to provide him with appropriate medical care and treatment for

**8**

his injury.

3.    A review of the Plaintiff's records reveals that the Plaintiff
      entered into the custody of Federal Bureau of Prisons on July
      30, 1991, and he was released from custody on July 15, 1992,
      via good conduct time release.

4.    On February 17, 1995, the Plaintiff once again entered into
      the custody of the Bureau of Prisons, and on March 10, 1995,
      he arrived at F.C.I. McKean, Pennsylvania.

5.    On March 30, 1995, the Plaintiff was transferred to F.C.I.
      Cumberland, Maryland.

6.    On September 18, 1995, the Plaintiff had an x-ray of his lower
      back taken.  Medical staff noted that the Plaintiff had mild
      diffuse degenerative arthritis of the lumbar spine.

7.    On February 5, 1996, the Plaintiff was transferred to F.C.I.
      Beckley, West Virginia, arriving there on February 20, 1996.

8.    My review of the Plaintiff's medical records reveals that the
      first complaint made by the Plaintiff concerning his left hip
      was made on or about July 14, 1997.  The Plaintiff was seen by
      medical staff and he was prescribed Tylenol.  At that time,
      the Plaintiff indicated to staff that he had a history of

9

osteoarthritis.

9.    On August 4, 1997, the Plaintiff was seen by medical staff. The Plaintiff complained that his left hip was "aching". The Plaintiff was prescribed Motrin, he was told to apply heat three times a day, and an orthopedic consultation was ordered for an injection which was to be canceled if the Plaintiff got better. Medical staff at that time suspected that the Plaintiff was suffering from bursitis.

10.    On September 15, 1997, the Plaintiff was seen by medical staff for lower back pain. It was noted that the Plaintiff had full range of motion, but his back was tender. The Plaintiff was prescribed Motrin and heat. The Plaintiff was instructed to report to sick call if needed.

11.    On October 14, 1997, the Plaintiff was again seen by medical staff. Medical staff once again diagnosed the Plaintiff as suffering from bursitis. The Plaintiff was prescribed Motrin, he was instructed to apply heat and to return to health services as needed.

12.    On December 9, 1997, the Plaintiff was examined by an orthopedic specialist regarding the consultation which had been ordered on August 4, 1997. During this examination, the

**10**

orthopedic specialist noted that the Plaintiff had Piriformis Syndrome. The affected area was injected with Depo-Medrol and Xylocaine. The Plaintiff was also prescribed Indomethacin which is an anti-inflammatory medication.

13. On February 13, 1998, the Plaintiff reported for sick call complaining of a callous on his right foot. The Plaintiff did not complain of any left hip pain during that visit.

14. On May 14, 1998, the Plaintiff reported for sick call complaining of pain in his left elbow. Once again, the Plaintiff did not complain of any left hip pain.

15. On May 22, 1998, the Plaintiff reported for sick call complaining of a cold. Once again, the Plaintiff did not complain of any left hip pain.

16. On July 24, 1998, the Plaintiff was examined by medical staff for umbilical hernia and left hip pain. The Plaintiff was prescribed Indomethacin and a referral for steroid injection was made. Medical staff noted that the Plaintiff did not require a lower bunk in his quarters. The record further indicates that the Plaintiff failed to appear for his scheduled orthopedic consultation with the orthopedic specialist.

**11**

17.   On September 15, 1998, the Plaintiff was evaluated by medical staff and he requested another injection.   An orthopedic consultation was again scheduled and the Plaintiff was prescribed Indomethacin. An orthopedic consultation was also scheduled with the orthopedic specialist.

18.   On October 26, 1998, the Plaintiff was transferred to F.C.I. Allenwood, Pennsylvania, arriving there on November 16, 1998.

19.   On November 2, 1998, the Plaintiff was evaluated by medical staff for "left hip arthritis" and he requested medication for pain.   The Plaintiff was prescribed Motrin.

20.   On November 16, 1998, the Plaintiff arrived at FCI Allenwood. Upon his arrival, a history of left hip bursitis was noted in his medical record.

21.   The Plaintiff was not seen by medical staff until April 19, 1999, after he complained of pigmentation of the skin under his eyes.   The Plaintiff did not make any complaints of hip pain.

22.   On April 26, 1999, the Plaintiff reported for sick call complaining of congestion, coughing, a hernia and left side

**12**

bursitis.  It was noted during this visit that the Plaintiff had a history of left hip bursitis.  An examination of the Plaintiff's left hip revealed a decreased range of motion of all fields, positive point tenderness over the joint without erythema or signs of active inflammation.  The Plaintiff was prescribed Motrin to be taken as needed for pain.  Medical staff diagnosed the Plaintiff as suffering from left hip bursitis by history, which means that he has a history of bursitis but no present indication or complaints of bursitis.  An x-ray of the Plaintiff's hip was ordered and a consultation request was made for an orthopedic specialist to evaluate his hip.

23.  On April 30, 1999, the Plaintiff was seen by medical staff complaining that the cold medication he was taking was not working.  Once again, the Plaintiff failed to make any complaints regarding his left hip.

24.  On June 2, 1999, an x-ray report revealed that the Plaintiff had severe degenerative changes of the left hip joint.

25.  On June 23, 1999, the Plaintiff failed to appear for a scheduled sick call appointment.

26.  On July 6, 1999, the results of the x-ray were discussed with

13

the Plaintiff.  Medical staff discussed degenerative joint disease with the Plaintiff and various treatment options were explained.  The Plaintiff was also instructed that he will be seeing an orthopedic specialist.

27.  On July 14, 1999, the Plaintiff was evaluated by an orthopedic specialist.  The orthopedic specialist indicated to the Plaintiff that he could be a candidate for hip replacement in the future, but that at the present time he appeared to be too young for such a procedure.  The Plaintiff was then offered a cane and a local injection.  The Plaintiff **refused** both of these options.

28.  On August 13, 1999, the Plaintiff was seen by medical staff for an injury.  Once again, the Plaintiff failed to make any complaints of left hip pain.

29.  On August 18, 1999, the Plaintiff reported to sick call and requested a prostate exam.  Once again, the Plaintiff failed to make any complaints of left hip pain.

30.  On September 2, 1999, the Plaintiff was given a physical examination.  Once again, the Plaintiff failed to make any complaints of left hip pain.

**14**

31. On November 29, 1999, the Plaintiff was seen by medical staff complaining of a lump on his foot (callous). Staff diagnosed him as having foot fungus. Once again, the Plaintiff failed to make any complaints of left hip pain.

32. On December 9, 1999, the Plaintiff reported to sick call complaining of an injury. Once again, the Plaintiff failed to make any complaints of left hip pain.

33. On December 22, 1999, the Plaintiff requested to see the doctor regarding his left hip. An orthopedic referral was submitted and x-rays were again ordered to be taken.

34. On January 6, 2000, a consultation request for an orthopedic specialist was written. The record revealed severe degenerative joint disease of the left hip.

35. On February 4, 2000, a review of the x-ray films revealed bilateral osteoarthritis. The left side was noted to be greater than the right.

36. On April 12, 2000, the Plaintiff was seen by an orthopedic specialist who recommended that the Plaintiff use a cane and take anti-inflammatory medication. The Plaintiff was somewhat resistant to using a cane and the orthopedic specialist

**15**

explained why the cane would be beneficial.  The Orthopedic specialist stated that when the Plaintiff was ready to discuss hip surgery it would be reasonable to have this discussion with him.

37.  On May 8, 2000, the Plaintiff made a request for two copies of his orthopedic consultations.

38.  On May 19, 2000, the Plaintiff's medications were refilled. It was noted that the Plaintiff has a history of degenerative joint disease.  The Plaintiff was prescribed Motrin with one refill.

39.  On June 26, 2000, the Plaintiff was provided with a copy of his orthopedic consultation, per his May 8, 2000, request.

40.  On July 11, 2000, the Plaintiff was treated for a complaint of dry skin.  Once again, the Plaintiff failed to make any complaints of left hip pain.

41.  On August 22, 2000, the Plaintiff was given a physical examination as a pre-requisite to working in food service. The examination was essentially normal with no medical complaints noted at that time.  Once again, the Plaintiff failed to make any complaints of left hip pain.

**16**

42. On October 6, 2000, the Plaintiff reported to sick call complaining of sinus congestion. Once again, the Plaintiff failed to make any complaints of left hip pain.

43. As of November 20, 2000, the Plaintiff has not requested to see the orthopedic specialist to discuss having a hip replacement.

44. Based on my review of the Plaintiff's medical records, there is no record that the Plaintiff has ever complained that his hip condition was caused by inappropriate bedding. In fact, his record actually reveals that he is suffering from degenerative joint disease.

45. The Plaintiff is still being housed at F.C.I. Allenwood.

46. I have attached a copy of the Plaintiff's medical records from January 1, 1997, through the present, to my declaration.

I declare that any and all records attached to this declaration are true and accurate copies of records maintained in the ordinary course of business by the Federal Bureau of Prisons. I further declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. §1746.

EXECUTED this 21st day of November, 2000.

R. MIGLIORINO, D.O.
Clinical Director
Federal Correctional Institution
Allenwood, Pennsylvania 17887

18

| DATE | SYMPTOM, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
| 8-22-00 (CONT) | EVALUATION FOR ASSIGNMENT TO FOOD SERVICE (CONTINUED) |

EVALUATION FOR ASSIGNMENT TO FOOD SERVICE (CONTINUED)

Results of Hepatitis Serologic Testing (if indicated):

Other Tests Results (as indicated)

A.    Qualified for Food Service?          (YES)   NO

P.    Follow up for treatment medically indicated?          YES    (NO)

      If Yes:  placed in appropriate clinic?          YES    (NO)

      Schedule for re-evaluation in 1 Year?          (YES)   NO

                    Robert Manenkoff, PA-C
                    Physician Assistant

| 10-6-00 1215 | S. Sinus congestion. at night causing him to snore. No Coryza or Rhinorrhea |
| | O. HEENT  WNL |
| | A. Possible allergy |
| | P. Pt. Ed - use saline spray or CTM available in commissary |
| | Pt. understands + agrees. |

                    Robert Manenkoff, PA-C
                    Physician Assistant

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

800-108

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-22-00 | S. EVALUATION FOR ASSIGNMENT TO FOOD SERVICE |
| 1220 | PERTINENT MEDICAL HISTORY (Circle appropriate responses below) |

H/O Tuberculosis ............................... YES (NO)
H/O Positive Mantoux or PPD ........... (YES) NO    POS PPD
H/O BCG Vaccination ........................... YES (NO)    Tx' 1995
H/O Jaundice or Hepatitis .................... YES (NO)
H/O Any Sexually Transmitted Disease .. YES (NO)
H/O Intravenous Drug Use .................. YES (NO)
H/O Positive HIV Serology .................. YES (NO)
H/O Pulmonary Disease ........................ YES (NO)
H/O Skin Lesions ................................. YES (NO)

Explain all YES responses or provide any other history as indicated.

O. Vital Signs: B/P 12%/70  Pulse 68  Resp 16  Temp 98  Wt 221

FULL SKIN EXAM: Evidence of open sores, skin lesions,
wounds, or any contagious skin condition? ... YES (NO)
HEENT EXAM:
Icterus? ......................................... YES (NO)
Oral, pharyngeal, and nasal mucous membranes
lesions? ......................................... YES (NO)
Any tympanic membranes abnormalities? ... YES (NO)
CHEST EXAM: Any adventitious breath sounds? YES (NO)
ABDOMINAL EXAM:
Tenderness? ...................................... YES (NO)
Hepatomegaly? ................................... YES (NO)
Splenomegaly? ................................... YES (NO)
GU EXAM
Penile lesions? ................................. YES (NO)
Urethral discharge? ............................ YES (NO)
LYMPH NODES EXAM
Any evidence of palpable submandibular, cervical,
supraclavicular, axillary or inguinal lymphadenopathy? YES (NO)

PPD TESTING:  Date Performed 1995
Results: Negative  Positive  15 mm induration
RPR TESTING:  Date Performed 6-8-97
Results: Non-reactive  Reactive    dils titer
HIV TESTING:  Date Performed 7-8-92
Results: Non-reactive  Reactive    (OVER)

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

| PATIENT'S NAME (Last, First, Middle Initial)  LEE, PAUL | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

FCI - ALLENWOOD
PO Box 2500
White Deer, PA 17887

## RADIOLOGIC CONSULTATION REQUEST/REPORT

**U.S DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| PATIENT NAME | ACCOUNT NO | | RADIOLOGY NUMBER |
|---|---|---|---|
| PAUL LEE | 49248 | | 001656087 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|---|
| DEBRA SPOTTS LPN | 04/11/1953 | 47/M | 07/19/2000 |
| FCI ALLENWOOD | | | |
| P.O. BOX 2500 | | | |
| WHITE DEER, PA 17887 | | | |

**07/19/2000: 071010 CHEST 1 VIEW FM#** 919-00

**DIAGNOSIS:**         Chronic infiltrate right base, no acute infiltrates are observed.

**COMMENTS:** The heart size is top normal with out vascular congestion. Bronchial thickening and chronic infiltrate is noted in the right base unchanged since the prior study. No acute changes are identified at this time.


ELECTRONICALLY SIGNED
Joseph B. Bellissimo, M.D.
JBB/nw
D&T: 083100

CC:    ROBERT MIGLIORINO DO

21

STANDARD FORM 600 BACK (REV. 5-84)                                    U.S. Government Printing Office: 1994 — 300-892/10018

7-11-00  S:  N.  c/o bilateral dry skin on feet and suggests nails trimmed.

1732    O:  feet bilateral dry skin over lateral aspect of feet c fissure

         painless callus

        A:  B/L dry skin feet

68725  P  1.  Trimmed toenails bilaterally        2. Vaseline aa × bid × 30 days

        2.  ~~Lub. term lotion~~ error CC 7/11/00
            apply to affected area bid × 30 days

        3.  PATIENT ED. AND INSTRUCTION GIVEN
            AND PT VERBALIZES UNDERSTANDING

            ABOUT  med use, skin/foot care, follow-up prn.     Schultz, M.

68724   4.  Size 7 shoe inserts                               E. Schokoh  Rn-C

SN 7550-00-634-4176                                                                                           600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 5/8/00 <br> 1300 | ADMINISTRATIVE NOTE: Per written request by Uro 2 copies of ortho consults dated 12/2/99 and 3/14/99 given to Uro @ opodion. _Lee-Anne Whitmyre, HIT_ |
| 5-19-00 <br> 1420 | S/ Meds Refill <br> O/ Affect <br> #/ BTB Hx. <br> P/ - Naprosyn 275mg #60 RX1 Error <br> Sig: T PO. BID <br> - ACTifed Tab. #30 <br> Sig: T PO. TID. X 10 dys. PRN <br> - IBU 800mg. M. #60 <br> Sig: T PO. BID 1 Refill <br> - PATIENT ED. AND INSTRUCTION GIVEN AND PT VERBALIZES UNDERSTANDING <br> ABOUT Medication & Cautions        Ulises Vargas, HSA, MLP |
| 66230 | |
| 66231 | |
| 6/20/00 | Adm. Note: Per Written Request by Pr - 1 Copy of Ortho Consult dated 4/12/00.        D. Snethen <br> D. SNETHEN |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ FCI-Allenwood, PO Box 2500, White Deer P

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| Lee, Paul | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | | |
| SPONSOR'S NAME | | ORGANIZATION |
| | | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. <br> 01656-087 | DATE OF BIRTH |

Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE June 6, 000

TO: _____ Health Admin.    Mr. Vargas
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Requesting to have surgery done to mine large hernia of my

"navel" that may be threating if the blood supply to mine bulging

intestine are cut-off.  If mine intestine are cut-off,

spreads of germs throughout the abdomen, in the event could cause

great pain to me.

Use other side of page if more space is needed.

NAME: _____ Paul Lee _____    No.: 01656-087

Work assignment: _____ Glenn F/S _____    Unit: three b

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

Recived 7-7-00

DISPOSITION: (Do not write in this space.)    DATE 7/7/00

Paul: you need to advice Sick call to be Evaluated
for your Request. if The PA. Clinically find That
"n is Nevery and Under BOP Guidlines He Has To Sen
it To The Committee for approvel

FCI - ALLENWOOD
PO Box 2000

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-4-99 | BP-362 (INMATE INJURY REPORT) COMPLETED ON THIS DATE. |
| | R.J. Mayshock, PA-C |
| | ROBERT MIGLIORINO, D.O. |
| | PATIENT ED. AND INSTRUCTION GIVEN AND PT VERBALIZES UNDERSTANDING |
| 4/12/00 | **ADMINISTRATIVE NOTE:** ortho clinic |
| 11^00 | - wants I.M. to use a cane. - I.M. willing to give it a try |
| | - ↓ wt. use Bike, walk avoid high impact activity |
| | - Naprosyn 375mg ↑ P.O. BID × 30 days. NR's. |
| 60155 | May take ↑↑ QHS dose if needed. not to exceed 2 doses. |
| | - will discuss hip surgery ē Pt. if he is compliant ē Cane & meds. |
| | Johnson |
| | **ADMINISTRATIVE NOTE:** |
| 4/26/00 1140 | Records copied from 2/96 to present to facilitate response to tort claim TRT-NER-00-419. copies included X-Ray reports, BP600 notes, ortho consults, medical history report, report of medical exam and medical status forms total 26 pages. |
| | WRehm, Medical Secretary |
| | W. Rehm, Medical Secretary |

L RECORD OF MEDICAL CARE

JT, TREATING ORGANIZATION *(Sign each entry)*

Toly

*R.L. Maysheck, PA-C*

facilitate response

R-99-364

to present including

total.

W Rehm Medical Secretary

W. Rehm Medical secretary

o lab work check up. Request

aspirit. ® foot          lab

vrs ® foot

Chem profile

*Lisa Patt PA*
(Lisa Patt PA)

Robert Manenkoff, PA-C
Physician Assistant

at least Soak foot warm water

| (_First, Middle initial) | | SEX | |
|---|---|---|---|
| ONSON | STATUS | RANK/GRADE | |
| | ORGANIZATION | | |
| N/IDENTIFICATION NO. | DATE OF BIRTH | | |
| 01656-087 | 4-11-53 | | |

ORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)

513 110                                                                                                    NSN 7540-00 634 412

| MEDICAL RECORD | CONSULTATION SHEET | 183 |

## REQUEST

| TO: Ortho. | FROM: (Requesting physician or activity) F.A. Terrero-Pena, MLP, PA | DATE OF REQUEST 1-6-200 |

REASON FOR REQUEST (Complaints and findings)

46. y.o. B ♂ c̄ severe DJD of L Hip.
Please evaluate. Thank you.

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☑ BEDSIDE ☐ ON CALL | ☑ ROUTINE ☐ TODAY |
| | 2/3/ | | ☐ 72 HOURS ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO              PATIENT EXAMINED ☐ YES ☐ NO

4-12-00    I saw Mr. Paul Lee before.  He had some repeat x-rays of his left hip
and tells me the hip bothers him, particularly at night.  He has refused
to use a cane at this point.  We talked about it once again.  If he requests
one and thinks it is of any use, I think it is a good thing to try.
He does work out.  I think that is great that he is trying to keep his
weight under control.

His exam is about the same.  He has pain beyond 90° and up at about 90°
he wants to abduct somewhat.  On internal rotation he goes to just beyond
neutral and then he has pain.  His distal neurovascular status is grossly
intact.

He is only 46 years old, and he may benefit from a good course of Naprosyn
or Motrin.  He does tell me he takes Naprosyn daily, so I think they
can make a balance reason for all of this.  His hip doesn't inhibit him
from working out, but it is pretty miserable at night.  When he wants
to talk about a hip replacement I think it would be reasonable to have
this discussion with him and perhaps even have Dr. Hahn give him a
surgical talk.  He is somewhat resistant to the cane, and I told him
why I think it would be beneficial to at least try it and give a fair
trial at that.  I will see him as needed.

                              John T. Magill, III, M.D./hh

     cc:  Health Services        (Continue on reverse side)

SIGNATURE AND TITLE                                    ROBERT MIGLIORINO, D.O.

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give : Name--last, first, middle : grade : rank : rate : hospital or medical facility)

FCI - ALLENWOOD    Lee, Paul A.
PO Box 2500
White Deer PA. 17887        # 01656-087

• U.S.G.P.O.:1993-347-790

STANDARD FORM 513 (REV 8-80)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201.9

CONSULTATION SHEET
Medical Record



933 ZEIGLER ROAD
LEWISBURG, PA 17837
(570) 522-9300
(888) 522-5540
FAX (570) 522-9304
FAX (888) 522-5541

Services

Open MRI
Spiral CT
Mammography
Ultrasound
X-Ray

Professional Services
Provided By Tristán
Associates

Jinan O. Bahia, M.D.
Joseph B. Bellissimo, Jr., M.D.
Brian P. Bloom, M.D.
Dean M. Brockmole, M.D.
Milton A. Friedlander, M.D.
Mark A. Guenin, M.D.
James R. Hills, M.D.
Joachim I. Huerter, M.D.
Judith A. Jozéfiak, M.D.
Michael J. Mandell, M.D.
Ellen M. O'Mara, D.O.
Albert R. Porter, M.D.
Donald J. Schnapf, D.O.
James W. Warren, M.D.

Affiliated Offices

YORK IMAGING CENTER
1640 South Queen Street
York, PA 17403
(717) 843-8983
(800) 648-7489

TRISTÁN ASSOCIATES
4518 Union Deposit Road
Harrisburg, PA 17111
(717) 652-5840
(888) 452-5840

TRISTÁN ASSOCIATES
32 Northeast Drive
Suite 101
Hershey, PA 17033
(717) 533-1736

Paul Lee   01656-087
Bilateral Hips
02/04/00

COMMENT:        AP & frog leg views of both hips were obtained.
Degenerative changes of the acetabuli are identified, left
greater than right.  There is marked bony productive change
about the inframedial and supralateral aspect of the left
acetabulum.     There is joint space narrowing on the left
greater than right.  No fractures or acute bony abnormalities
are seen.

IMPRESSION:     1)   Bilateral osteoarthritis, left greater
                     than right.


                              Judith A. Jozefiak, M.D.

JAJ/nlw
D&T:  021800

                              ROBERT MIGLIORINO, D.O
                              YLM 4/24/00

28

U.S. DEPARTMENT OF JUSTICE           INMATE REQU  O STAFF MEMBER
Federal Bureau of Prisons

DATE _____ 02-1-00

TO: _____ Dr. Migliorino   F.C.I. Allenwood _____
                              (Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Requesting, know what kind of exercise that I am permitted to
do here, since you have denied me my right to exercise, because of
my degenerative joint disease of the hip.

(Use other side of page if more space is needed)

NAME: _____ Paul Lee _____      No.: _____ 01656-087 _____
Work assignment: _____ F/S _____    Unit: _____ three -b _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                    DATE 2/1/00

After reviewing your medical chart, you have
no restrictions listed at this facility.

ROBERT MIGLIORINO, D.O
                                                    Officer
Original – File
Canary – Inmate
                                FCI ALLENWOOD
                                PO Box 2500
                                White Deer PA 17887

BP-S148.070    INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94

UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

---

DATE    12-22-99

TO:    Health Service, Doctor, in charge of Orthopedics
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

Requesting to see the Doctor, concerning my left hip, why I am

restricted from any actives.

(Use other side of page if more space is needed)

NAME:    Paul lee                         No.:    01656-087

Work Assignment:    F/S        Unit:    three (b)

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE  1-6-2000

You have been referred to Ortho.
New X-Rays were ordered of your hips. Watch
call out for X-Rays and then Ortho.
F. Tenero-Pena

F.A. Terrero-P  30

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**

(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI ALLENWOOD | LEE PAUL | 01656-087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| FS | 2B | 12-9-88 0815 |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| FS | ☒ Yes ☐ No | 12-9-88 0830 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

SCRAPED KNUCKLES on SEE food CART

Signature of Patient

**10. Objective:** (Observations or Findings from Examination)

Small Abrasion on

® 3rd + 4th Fing

X-Rays Taken _____   Not Indicated ☒

X-Ray Results

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

ABRASION

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

ANTISEPTIC WASH — BACITRACIN + BANDAGE

Educ: Keep clea + Dry.   RTC PRN   undertood

signals — Bandaid issued.

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant

ROBERT MIGLIORINO, D.O.

Original — Medical File
Canary — Safety
Pink — Work Supervisor (Work related only)

Self Carboned Form — If ballpoint pen is used, PRESS HARD

## REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME – FIRST NAME – MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| LEE PAUL | | 01656-087 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| | Routine Request | 9-2-99 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| M | B | MILITARY | CIVILIAN | BP | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 4-11-53 | | |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| FCI - ALLENWOOD PO Box 2500 White Deer PA. 17887 | |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|
| | | |

### CLINICAL EVALUATION

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

| | (Check each item in appropriate column, enter "NE" if not evaluated.) | NOR-MAL | ABNOR-MAL |
|---|---|---|---|
| 18. | HEAD, FACE, NECK AND SCALP | | ✓ |
| 19. | NOSE | ✓ | |
| 20. | SINUSES | ✓ | |
| 21. | MOUTH AND THROAT | ✓ | |
| 22. | EARS—GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | | ✓ |
| 23. | DRUMS (Perforation) | ✓ | |
| 24. | EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | ✓ | |
| 25. | OPHTHALMOSCOPIC | ✓ | |
| 26. | PUPILS (Equality and reaction) | ✓ | |
| 27. | OCULAR MOTILITY (Associated parallel movements nystagmus) | ✓ | |
| 28. | LUNGS AND CHEST (Include breasts) | ✓ | |
| 29. | HEART (Thrust, size, rhythm, sounds) | ✓ | |
| 30. | VASCULAR SYSTEM (Varicosities, etc.) | ✓ | |
| 31. | ABDOMEN AND VISCERA (Include hernia) | | ✓ |
| 32. | ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | ✓ | |
| 33. | ENDOCRINE SYSTEM | ✓ | |
| 34. | G-U SYSTEM | NE | |
| 35. | UPPER EXTREMITIES (Strength, range of motion) | ✓ | |
| 36. | FEET | ✓ | |
| 37. | LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ | |
| 38. | SPINE, OTHER MUSCULOSKELETAL | ✓ | |
| 39. | IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ | |
| 40. | SKIN, LYMPHATICS | ✓ | |
| 41. | NEUROLOGIC (Equilibrium tests under item 72) | ✓ | |
| 42. | PSYCHIATRIC (Specify any personality deviation) | ✓ | |
| 43. | PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | | |

Notes (handwritten):
- Male pattern alopecia
- Cerumen (R)
- Easily reducible umbilical hernia (same previously) 8/99

(Continue in item 73)

**44. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

### LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT 5'7" | 52. WEIGHT 223 | 53. COLOR HAIR BLK | 54. COLOR EYES BRN | 55. BUILD: ☐ SLENDER ☐ MEDIUM ☑ HEAVY ☐ OBESE | 56. TEMPERATURE |
|---|---|---|---|---|---|

| 57. | BLOOD PRESSURE (Arm at heart level) | | 58. | PULSE (Arm at heart level) | | |
|---|---|---|---|---|---|---|

| A. SITTING | SYS. 136 DIAS. | C. RECUMBENT SYS. DIAS. | C. STANDING (5 min.) | SYS. DIAS. | A. SITTING 72 R | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |

| 59. | DISTANT VISION | | 60. | REFRACTION | | 61. | NEAR VISION | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY | |
| LEFT 20/ | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY | |

| 62. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES° | EX° | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|

| 70. | HEARING | | 71. | AUDIOMETER | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

73 NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

UMBILICAL HERNIA - REDUCIBLE
OBESITY
@ PPD, TREATED 1995

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

| 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |

77. EXAMINEE (Check)

Rx diet w/ Hx LIFTING 25 LBS

A. ☑ IS QUALIFIED FOR

B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|

| 79. TYPED OR PRINTED NAME OF PHYSICIAN R.J. Mayshock, PA-C | SIGNATURE |
|---|---|

| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|

| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|

| 82. TYPED OR PRINTED ROBERT MIGLIORINO, D.O. | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|

FRAGILE

SEPH HUTTON                    55(
FCI ALLENWOOD HEALTH SVC 65# 01182
RT 15 2 MI N OF ALLENWOOD
WHITE DEER          PA  17887-2500
01656-087 LEE LI12

(FX) FEDERAL EXPEST CLASS

UNICOR

JOSEPH HUTTON                01656-087 LEE LI12
FCI ALLENWOOD HEALTH SVC
RT 15 2 MI N OF ALLENWOOD
WHITE DEER, PA  17887

| POWER | | | | | | | | T.S |
|---|---|---|---|---|---|---|---|---|
| -.50 | -1.25 | 95 | | | | | | 34. |
| SPHERE | CYLINDER | AXIS | △ IN | △ OUT | △ UP | △ DOWN | O.L. | |
| -1.00 | -.75 | 85 | | | | | | 34. |
| SEGMENT | | | | | | | | 68. |
| 6.00 | | | | | | | 4.0 | |
| ADD | HEIGHT | BASE CURVE | | | | CENTER | EDGE | DEC. | THICK |
| 5.50 | | | | | | | 4.0 | |

| | | | | BLANK | |
|---|---|---|---|---|---|
| SINGLE VISION | COATED | | | | 6.00 |
| LENS STYLE POLYCARBONATE | LENS COLOR | | SIZE | BASE CURVE | |
| SINGLE VISION | COATED | | | | 5.50 |

INDUSTRIAL THICKNESS 3.0 MM
BILLED TO ACCT  9991
TOTAL RX PRICE
USE FINISHED ONLY

| FRAME NAME LAB SUPPLIED | FRAME COLOR | |
|---|---|---|
| SS 83-84 | SMOKE | |
| DBL TRIM STYLE | TRIM COLOR | |
| 24 | | |
| EYE TEMPLE STYLE SK ZYL | TEMPLE COLOR | |
| 20 73-83-TN | SMOKE | |

| PATIENT NAME | | | |
|---|---|---|---|
| 01656-087 LEE LI12 | | | TOTAL ▷ |
| AXE | | | |
| H HUTTON | 5502 | 08/30/99 | I |

SHIPPING ORDER

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI ALLENWOOD | LEE Paul | 01656 - 087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| FS AM | 3B | 8-13-99 1110 |

| 7. Where Did Injury Happen (*Be specific as to location*) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| FS DINING AREA | ☒ Yes  ☐ No | 8-13-99 1115 |

**9. Subjective:** (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

CARRING 2 RACKS OF PLASTIC CUPS — HANDS

WALKING — CAUGHT SLEEVE ON METER BOX & CUT

(R) 4TH FINGER ON PLASTIC

Signature of Patient

**10. Objective:** (*Observations or Findings from Examination*)          X–Rays Taken _____   Not Indicated ___

DEEP ABRASION (R) 4A1        **X-Ray Results**

FINGER DISTAL END @ NAIL ROOT AREA

**11. Assessment:** (*Analysis of Facts Based on Subjective and Objective Data*)

ABRASION

**12. Plan:** (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

ANTISEPTIC WASH — BACITRACIN DRESSING — EDUCATE

TO KEEP CLEAN & DRY. — 2 GLOVES ISSUED.

**13. This Injury Required:**

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☒ d. Other (*explain*)
    See 12

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to
     Community Physician

Signature of Physician or Physician Assistant   PA

*Self Carboned Form – if ballpoint pen is used,* **PRESS HARD**

MEDICAL RECORD

CONSULTATION SHEET

REQUEST

FCI ALLENWOOD
PO Box 2500
White Deer PA. 17887

DATE OF REQUEST
4-26-99

"Ortho Clinic

Pt c̄ hx. R hip bursitis. States it is currently painful.
Exam shows ↓ ROM ; joint tenderness  however no erythema or edema
was noted.  X-rays of R hip ordered.

PROVISIONAL DIAGNOSIS

R hip bursitis

DOCTOR'S SIGNATURE

R. Masenlart

ROBERT MIGLIORINO, D.O.

PLACE OF CONSULTATION
[ ] BEDSIDE    [X] ON CALL

[X] ROUTINE    [ ] TODAY
[ ] 72 HOURS   [ ] EMERGENCY

CONSULTATION REPORT

7-14-99  See the attached dictated note  JTM/als

(Continue on reverse side)

SIGNATURE AND TITLE

IDENTIFICATION NO         ORGANIZATION                    REGISTER NO

DATE

WARD NO.

36

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, grade, rank, rate, hospital or medical facility)

Lee  Paul A.

LEE, PAUL A. -- 01656-087

7-14-99   Mr. Lee is 46 years old.  He says that he never had any trouble
          with his hip before, but he has been having pain for a couple of
          years, while he has been in the system.  There was no trauma
          beforehand.  Overall he is healthy.  He says that he takes no
          medication and that he has no blood problems, etcetera.  At any
          rate, some x-rays were taken that show what is described as
          severe degenerative arthritis of the left hip.  The x-rays are
          not available for my review today.

          On examination today he flexes to about 90 degrees and then he
          has discomfort.  Essentially he has no internal rotation from
          there.  He comes to about neutral.  He has about 15 degrees of
          external rotation.  He flexes the same.  Abduction is about 10 to
          15 degrees less than that of his right hip.

          I talked to him about using a cane.  He tried ibuprofen in the
          past but that didn't seem to help.  Perhaps the combination of
          the two will be of some value.  He is awfully young to have a hip
          replacement, but that may be the best choice for him, depending
          upon how much pain he has.  Certainly he would have to understand
          the risks of proceeding in that fashion.  He complains of
          lateral-sided discomfort a little above the trochanteric area.
          We talked about an injection into the trochanteric area.  He had
          one there a couple of years ago.  He is sore just above the usual
          position for trochanteric bursitis.  Mr. Lee does not want an
          injection.  He does not want to use a cane.

          I would be happy to review the films when they become available.

                                        John T. Magill, III, M.D./als

          cc:  Health Services, FCI Allenwood



ROBERT MIGLIORINO, D.O.    8/11/99

37

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

7-14-99
0935

S: Pt in for ORTHO Consult c̄ Dr. Magill.
O: Examined by DR. Magill. See consult sheet.
A: DJD of ® Hip.
P: Pt instructed candidate for hip replacement in future. Offered cane and local injection. Which pt refused. RTC - PRN.

F.A. Terrero-Pena, MLP, PA

7/14/99
1700

**ADMINISTRATIVE NOTE:**
PT. SEEN BY OPTOMETRY CONSULTANT.
SEE CONSULT IN SECTION 2.

Lee-Anne Whitmyre, HIT

7/28/99
1449

**ADMINISTRATIVE NOTE:** 7/28/99 (illegible) wrong chart
Per (illegible) written request by ILCO
a copy of medical records, excluding HIV results (10 copies) given to ILCO via mail.

Lee-Anne Whitmyre, HIT

8/13/99
1115

EP-362 (INMATE INJURY REPORT)
COMPLETED ON THIS DATE.

R.J. Mayshock, PA-C

8-18-99
1050

⑤ Pt requesting Prostate exam. Denies any symptoms, but wants it checked due to his age.

⑥ Abd - sound, soft, N.T. active BS × 4. no masses
Rectal - no hemorrhoids, no enlargement of prostate, firm, non-tender, no masses. occult bld neg.

Ⓐ Routine prostate exam, no abnormalities found.

Ⓟ Dx: PSA ordered
Rx: ∅
Pat Ed

PATIENT EDUCATION AND INSTRUCTION
GIVEN AND PT VERBAL ACKNOWLEDGEMENT

pending test
RTC: Per Lab

M.A. (illegible), PA-C

BP-S622.060
AUG 96    **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification | | | EXAMINATION REQUESTED |
|---|---|---|---|
| Name, Register Number, Institution | Age 46 | Sex M | |
| LEE, Paul | Pregnant | | Chest |
| 01656-087    4/11/53 | ☐ Yes ☒ No | | |

FCI ALLENWOOD, WHITE DEER, PA | Requested by ... | Date Requested 7/2/99

Specific reason(s) for request (Complaints and findings)

Hx. + PPD - annual examination

| Date of examination 7/2/99 | Date of Report 7/13/99 | Date of Transcription 7/16/99 | Film # 763-99 |
|---|---|---|---|

Radiologic Report  CHEST (SINGLE PA VIEW)
Normal heart and lungs. No pleural, hilar, or mediastinal abnormalities of
significance noted. No radiographic changes suspicious of an active TB
noted.
IMPRESSION: NORMAL.

Signature ...

Location of Radiologic Facility
FCI ALLENWOOD, WHITE DEER, PA.

RM 7/16/99
ROBERT MIGLIORINO, D.O

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)

39

PS622.060   **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**   4-11-53        **FEDERAL BUREAU OF PRISONS**

| Patient Identification | Age | Sex | EXAMINATION REQUESTED |
|---|---|---|---|
| Name, Register Number, Institution | 46 | M | (L) hip |
| Lee, Paul A. | | | |
| 04656-087 | Pregnant ☐ Yes ☒ No | | |
| | Requested by D. Dougg PA-S / mjt date requested 4-26-99 | | |

Specific reason(s) for request (Complaints and findings)

by (L) hip bursitis.

| Date of examination 6/2/99 | Date of Report 6/23/99 | Date of Transcription 6/30/99 | Film # 634-99 |
|---|---|---|---|

Radiologic Report    LEFT HIP

There are no recent fractures nor dislocations.  There are no lytic nor blastic
lesions seen.  Severe degenerative arthritis of the left hip joint is noted,
with irregular narrowing of the joint space, cortical sclerosis, & marginal
spur formation.

IMPRESSION: SEVERE DEGENERATIVE CHANGES OF THE LEFT HIP JOINT.

| Signature | Location of Radiologic Facility | |
|---|---|---|
| | FCI ALLENWOOD,  WHITE DEER,  PA. | |
| | | WS 30 |
| | DM 6/30/99 | |
| | ROBERT MIGLIORINO, D.O | |

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

4-30-99
cont

(O) Unchanged from previous

(A) 1 URI - viral

(P) PATIENT EDUCATION AND INSTRUCTION GIVEN AND PT VERBALIZES UNDERSTANDING ABOUT can get CTM's from commissary
pt requests refill Actifed/Humibid
Request Denied Requests "little yellow pills."

(2) RTC prn or if sx worsen.

Robert Mahenkoff, PA-C
Physician Assistant

5/3/99
ROBERT MIGLIORINO, D.O.

D. Dluge PH-S
DAWN DLUGE

---

6-23-99
1545

Admin note: Patient did not show for sick call appt.

M. Anthony Bryant, PA-C

---

7-6-99
1245

S. Pt here to discuss x-ray result.

O. no exam done

A. DJJ (C) Hip

P. Rt. Ext - DJD explained to pt. c various Tx options.

Explained that he will "see orthopedic specialist"

SEE CONSENT/INJECTION S

Pt. agrees + understands

R Mahenkoff PA-c
Robert Mahenkoff, PA-C
Physician Assistant

---

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: |

FCI Allenwood

PATIENT'S NAME (Last, First, Middle initial)
Lee, Paul

SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.
01656-087 | DATE OF BIRTH
4-11-53

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOM, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

4-26-99
1440

S/ Pt c/o nasal d/c (white) c̄ congestion ; cough c̄ sputum. Also c/o hernia ; hx Ⓛ hip bursitis

O/ T 97.6°F

HEENT: NC/AT ⊖ sinus tenderness; PERRLA /EOMI/ Ed/c. CANALs clear, TM's gray c̄ light reflex / landmarks turbinates inflammed c̄ white d/c. throat patent c̄ mild erythema ⊕ PND. neck: ⊖ lymphadenopathy lungs: CTA Ⓑ s̄ adventitia. OL: RRR abd: soft/round NT/ND s̄ organomegaly. ⊕ umbilical hernia - reducible ∅ strangulation/incarceration. Ⓛ hip: ↓ ROM all fields, ⊕ point tenderness over joint s̄ erythema or signs of active inflammation.

A/ 1 URI - viral
   2. umbilical hernia
   3. Ⓛ hip bursitis by hx.

P/ Rx: Humabid Ī po BID x 5d.
        Actifed Ī po TID x 5d
        Motrin 400mg Ī - ĪĪ q 6 - 8° or prn for pain x 10d
        x-rays: 4-ray Ⓛ hip

PATIENT EDUCATION AND INSTRUCTION GIVEN AND PT VERBALIZES UNDERSTANDING ABOUT ① etiologies
② meds ; side effects
③ f/u: RTC prn
④ consult for ortho written

46351
46352
46353

M. Potter, Rph.
Pharmacist

Robert Manenkoff, PA-C
Physician Assistant

S Gluge PA-
Dawn Gluge

4-30-99
1300

S/ "The medication you gave me is not working."
Pt still c̄ white nasal d/c, congestion, cough.
Medicines will run out tomorrow.
Pt denies any Δ in sx. or severity (cont)

NSN 7540-00-634-4176                                                                                                600-10?

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

Inmate Arrived FCI Allenwood on 1-16-98 at 2022 hours - Transfer from FCI Beckley.

J. WILLIAMSON, HIT

*J. Williamson, HIT*

4-19-99
1110

(S) Patient c/o "my glasses are causing dark places under my eyes." States glasses were prescribed at FCI Beckley when his personal ~~frames (stop mis 4104)~~ glasses we found, "not to be strong enough." Optometry prescribed current glasses + frames. States "The Officers keep asking me who hit me in the eye"

(O) Eyes - PERRLA, EOM's intact. Lower orbits show hyperpigm— skin with the pattern of the frame clearly visible. Orbit is nontender to palpation, or edema is rated.

(A) Hyperpigmentation of skin of lower orbits. R/O hypersensitivity to frame of glasses.

(P) Dx: Optometry consult to re-evaluate prescription and install lenses into personal frames.

Rx: ∅

Pat ed: PATIENT EDUCATION AND INSTRUCTION GIVEN AND PT VERBALIZES UNDERSTANDING ABOUT optometry consult. Wear glasses only when working or reading until seen by optometry.

RTC: PRN on per optometry appt.

*[signature] 4/19/99*
ROBERT MISCIORINO, D.O.

*M.A. Bryant* M. Anthony Bryant, PA-C

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

FCI - ALLENWOOD
PO Box 2500
White Deer, PA. 17887

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) LEE PAUL A | | | SEX M |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 01656-087 | | DATE OF BIRTH 4-11-53 |

## A & O EXAMINATION - WEEK OF _____

Inmate Name: LEE, PAUL _____    Reg. No. 01656-087

Medical Duty Status:

    Allergic to Wool
    No Sports/No Weight Lifting
    No Excess Cold/Wind
    Glasses Required for Driving
    No Work in High Noise Areas
    No Ladders/No Upper Bunk
    No Excess Sun
    Lower Bunk Required
    No Driving-Medical Condition
    No Duty Due to Medical Condition
    No Food Service
    Pollution Free Area
    Not Medically Cleared
    Orthopedic Shoes
    X Regular Duty-No Restrictions ✔
    Regular Duty With Restrictions
    Soft Shoes
    Special Diet-Medical Condition
    No Prolonged Standing
    No Lifting Over 15 lb.
    No Lifting Over 20 lb.
    No Lifting Over 25 lb.
    X Cleared For Food Service ✔
    Other Comments: _____

_____
_____
_____

Clinics: (check next due date)

    Hypertension
    Cardiac
    Pulmonary
    Diabetic
    General
    Infectious Disease
    Mental Health

**Disabilities: (note disability and any necessary accommodations)**

_____

**PPD Status:**

Date of Last PPD 3-10-95 ✔
Last PPD Result +15 mm ✔

If Positive PPD:
Date of Last CXR 7-1-98
TB Prophy Code: 795.5 B
TB Prophy Dates 10-20-95
    (may be by hx or n/a)

Practitioner's Initials: ____M____    Today's Date: 11-27-98

Chart /MDS's / SMD's Reviewed: _____
ROBERT MIGLIORINO, D.O.
Clinical Director's Signature

FCI Allenwood
P. O. Box 2500
White Deer, PA 17887

**please place this file in Dr.'s box if signature is needed on physical exam

**CURRENT STATUS (PER SENTRY) ARE HIGHLIGHTED
PLEASE REVIEW CHART FOR APPROVAL OR CHANGES**

44

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution  FCI-ALM | Date of Arrival  11-16-98 | Time of Arrival  1830 |
|---|---|---|

| Inmate's Name  Lee, Paul | Register Number  01656-087 |
|---|---|

### M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or
   need)


3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations
   or exclusions)
   no barbershop, food service /or
   hospital until cleared by PA.

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)


5. Disabilities? ☐ yes ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:


| Medical Staff Signature  Yvonne L. Lantz, RN  Yvonne L. Lantz RN | Date  11-16-98 | Time  1945 |
|---|---|---|
| Medical Staff Title  Registered Nurse | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)                    Replaces BP-354(60) of APRIL 1990
                                                        and BP-S354 of AUG 1994

U.S. Department of Justice  **MEDICAL HISTORY REPORT**

Federal Bureau Of Prisons

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Lee Pau A | 01656-087 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening | 11-16-98 | FCI-ALM |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

"Good"     ∅ meds

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | | | or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | X | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | ✓ | | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| | ✓ | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | | | | L.S.D. |
| | ✓ | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | ✓ | | Shortness of breath | | ✓ | | Recurrent back pain | | | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | ✓ | | | Foot trouble | | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | ✓ | | | Neuritis | | | | Withdrawal Problems |
| | ✓ | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | ✓ | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | ✓ | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | ✓ | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

11. WHAT IS YOUR USUAL OCCUPATION?

12. ARE YOU (Check one)

☐ Right handed   ☐ Left handed



| | | CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| ✓ | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | ✓ | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | | |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.)* |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |
| | ✓ | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | | |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| | |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-ITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION ✓ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

① Hearing loss Ⓛ ear.

② c/o Ⓛ hip bursitis

47

| TYPED OR PRINTED NAME OF PHYSICIAN OR | DATE | SIGNATURE | NUMBER OF |

NSN 7540-00-634-4178                                                                        500-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

```
1/2/98    S. have (L) hip arthritis
0847        need pain med
NKA       O+A hip pain by hx
          P  Motrin 800 TID prn X30d
             Edre dx to Rx c comp. Cowel NP
```

Kent Officer, Rph
Federal Transfer Center, OK

Marti Jones, NP
Contract Nurse
FTC, Oklahoma City OK

**PATIENT'S IDENTIFICATION** (Use this space for Mechanical Imprint)

Lee Paul
01656087
3 A

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

Federal Transfer Center                    CHRONOLOGICAL RECORD OF MEDICAL CARE    ST/    48

BP-S354.060 **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**

| (Medical staff shall complete this s( Institution) | | LEE PAUL A     01656-087 B/M/O/04-11-1953 HT/508WT/205HR/BKEY/BN CUSTODY/IN |
|---|---|---|
| Institution | Date of | |
| Inmate's Name | | |

## M E D I C A L

1. BP-149(60) reviewed? ☐ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)


4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)


5. Disabilities? ☐ yes    ☒ no  (If yes, enter code(s) into MDS)
                              Code(s)


6. Remarks:

| Medical Staff Signature | Date **OCT 2 6 1998** | Time |
|---|---|---|
| Medical Staff Title | Brian Cronenwett, LT. Registered Nurse Federal Transfer Center, OKC, OK | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| TB Clearance | |
|---|---|
| PPD Completed: 3/10/95 Date | |
| Results: 15 mm | |
| Interpreted as: POS (Positive or Negative) | |
| CXR Completed: 7/1/98 (Date) | |
| Results: WNL. | |
| Note: Date(s) listed above must be within one year of this transfer. | |

Name: Lee, Paul          Reg. No. 01656-087

Departed From: FCI Beckley     Date Departed: 10/26/98

Destination: ALM          Reason for Transfer: NON-MEDICAL
Name of Institution

Special Instructions: Blood and Body Fluid Precautions:

NO KNOWN ALLERGIES

**No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.**

Diagnoses: 1. Hx. A) VBD          4.

2. Essentially Lengthy Notes

3.          6.

**MEDICATION FOR CARE ENROUTE**

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| EJChin ESchin | VA | 10/27/88 |

**PROGRESS NOTES ENROUTE**

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| 10/27/98 | 1400 | FCI TOC | O.K. for transfer. |

Federal Transfer Center **OCT 28 1998**
Oklahoma City, OK
Date _____

| Medication: | Yes | No |
|---|---|---|
| Hot Meds: | Yes | No |
| Meds Issued: | Yes | No |
| Lice Seen: | Yes | No |

Signature & Stamp

Brian Cronenwett, LT.
Registered Nurse
Federal Transfer Center, OKC, OK

Food or Drug Allergies: _____
NKA: Allergies: _____

Current Medical Status: _____
No Complaints; Complaint of _____

TB Signs and Symptom (s) NONE;
cough, hemoptysis, night sweats, wt. loss

MEDICATION TIMES
once daily = 6:00 a.m.
2 x day = 6:00 a.m. 3:00 p.m.
3 x day = 6:00 a.m. 3:00 p.m. 9:00 p.m.
4 x day = 6:00 a.m.
On Chrono at _____

**NOV 13 1998**

11-16-98 1945 FCI-ALM reviewed BP 360 Z. Th/h
& emergent C/O presently Ø lice seen.

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

U.S. DEPARTMENT OF JUSTICE  INMATE INJURY ASSESSMENT AND FOLLOWUP
Federal Bureau of Prisons                                            (Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI Beckley | Lee, Paul | 0165608? |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Food Service | Voylar A Upper | 8/25/98 0600 |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Food Service dish room | ☐ Yes  ☒ No | 8/25/98 0645 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

The guy said something I did not like and we fought

                                    x _____
                                    *Signature of Patient*

**10. Objective:** (Observations or Findings from Examination)     X-Rays Taken _____     Not Indicated ✓

Has numar, bleeding      X-Ray Results

laceration 5th metacarpal jat FROM,

no edema

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

① minor laceration  879.6 (A)

② Confusion

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

① Triple antibiotic twice x day

② Keep wound dry & clean

**13. This Injury Required:**

☐ a. No Medical Attention
☒ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)

☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to
   Community Physician

_____ E. Schimpa, PA
*Signature of Physician or Physician Assistant*

**Self Carboned Form** – If ballpoint pen is used, **PRESS HARD**

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

**51**

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

8/24/98    0905.   NB / Show   S/C  0830  Appointment   /R. Blankey

9-15-98   S- SEE ORTHO CONSULT 7-24-98. WOULD LIKE STEROID INJECTION

0730   O- DEFERRED

A- PIRIFORMIS SYNDROME

P+E - ① INDOCIN 25MG T TID PO PE #21

② RE-INITIATE CONSULT.    PD——

P. Dierker, P.

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Federal Correctional Institution
P.O. Box 1000
Beaver, WV 25813

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)*  Ittu, Paul | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING OF ... NIZATION (Sign each entry) |
|---|---|
| 7-24-98 | S - #1 UMBILICAL HERNIA   #2 (L) HIP PAIN - SEE ORTHO CONSULT OF |
| OS/40 | 6-4-97 |
| T-98.8 | |
| P=80 | O- 3.5cm UMBILICAL HERNIA, REDUCIBLE ₹ R.S. |
| R-12 | A- UMBILICAL HERNIA - NON INCARCERAT'D |
| B/P 176/82 | PIRIFORMIS SYNDROME |
| | P+S - ① NO TX FOR HERNIA NEEDED ② PT COUNSELED re: HERNIA |
| | INCARCERATION. ③ REFER TO DR BATEMAN FOR STEROID |
| | INJECTION CONSIDERATION ④ NO NEED FOR LOW BACK. |
| | ⑤ MOTRIN 25₂ ₹ MORE #21 R+1      PD ——— |

<div align="right"><b>P. Diambra PA</b></div>

| | |
|---|---|
| 8-14-98 | S: " I have a boil" |
| HR-87 | O: On exam pt. has an |
| BP-158/84 | infected hair follicle on |
| T-98.8 | inner thigh |
| 085° | A: Boil |
| | P: ① Keflex 500 ⌐ ₹W 13 10 # 20 |
| | ② Indocin 25 ⌐ ₹ W TID #15 |
| | ③ Educated abt Tx. |

<div align="right">E.J. CAMP, PA</div>

513-110                                                                    NSN 7540-00-634-412?

| MEDICAL RECORD | | CONSULTATION SHEET |
|---|---|---|

### REQUEST

| TO | FROM: (Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|
| ORD to | FCI MED | 7.24.98 |

REASON FOR REQUEST (Complaints and findings)

REFER TO YOUR CONSULT OF 5-4-97. S/S RETURNING. PT WOULD

LIKE ANOTHER STEROID INJECTION.

PROVISIONAL DIAGNOSIS

PIRIFORMIS SYNDROME

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|---|
| P. Diambra PA | | ☐ BEDSIDE | ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☐ YES ☐ NO

13001
12 30 Appointment
NO Show
JA Blaylock

(Continue on reverse side)

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| | | | |

| IDENTIFICATION NO. | ORGANIZATION | | REGISTER NO. | WARD NO. |
|---|---|---|---|---|
| LEE | | | | |

PATIENT    PAUL  A          01656-007
B/M/0/04-11-1953          (e: rank; rate; hospital or medical facility)
HT/508    WT/205    HR/BK    EY/BN
CUSTODY/IN

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR  FIRMG (41 CFR) 21-17 [?]

RADIOLOGIC CONSULTATION REQUESTS/REPORTS

MEDICAL RECORD

BP-S622.060
AUG 96    RADIOLOGIC CONSULTATION REQUEST/REPORT  COFRM
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

#4074

| Patient Identification | Age 35 m | EXAMINATION REQUESTED |
| Name, Register Number, Institution | | CPn |
| Ali, Paul | Pregnant ☐ Yes ☐ No | |
| 01054083 A 11-33 | | |
| | Requested by | Date Requested |

Specific reason(s) for request (Complaints and findings)
Pneumonia

Date of examination  7/1/98    Date of Report  7/8/98    Date of Transcription    Film #

Radiologic Report
CHEST: The heart size, mediastinum and both hila appear normal. Both lungs
are fully expanded and essentially clear. There is no evidence of congestion
or active pulmonary infiltrates. The bony thorax and diaphragm are
unremarkable as noted.
IMPRESSION: Essentially negative chest.

Signature                    Location of Radiologic Facility
                             DR L NEGRON RIVERA
                             FPC/FCI BECKLEY

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)

STANDARD FORM 519-A (REV. 8-83)

SIGNATURE

55

NSN 7540-OX-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

5-14-98  S. BP 128/82    HR 77    T. 97²

0855    S- C/o Pain ® Elbow e Started Last
wk - in workup while rolling ?=

O - ® Elbow gener to palpat on over the
distal 3rd just above the elbow flexor
surface flexi extension are -
pronal Supinat alc

A  ® Spclaw stra

P - Motin 400 tid 28 2 tabs after
breakfast & supper - to ?
Advice warm moist compress

E. ROMERO, PA

S. Dittert, Rph

5/22/98  S. I have a bad cold that my chest is hurtg
0857  O. Pt was 45 y/o blond ♂ in examination neffer stated last week
T 100³  actively tho  cons b/c too's holding  nose clear  nydischarge
P. 76  lungs clear P-A  throat: red ongected e places
Nei 14-A  U.R.I. (strep-throat)
158/44 ① Amoxl 500g  ⊤ po  tid  A 30
② Ctx 1y ⊤ po  bid  A 20
③ tylenol 500g  ⊤ po  q4-6 hrs PRN  fever  # 20
④ advice to ↑ flds/fluids intake and gargle e warm salt water
⑤ RTC in one week  ✓ re. evaluation  or  m needs.

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25813

RI/MAI  LEE
PAT  PAUL A                    01656-087
      B/M/0/04-11-1953
      HT/508  WT/205  HR/BK  EY/BN
REL  CUSTODY/IN
SPOI
DEP.

| SEX |
| RANK/GRADE |
| TION |
| DATE OF BIRTH |

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME – FIRST NAME – MIDDLE NAME | | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|---|
| _Lee, Paul_ | | | _C16656-087_ |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| _17-163 6.V.m Lebanon, NC nf16003_ | _A+O_ | _3-15-99_ |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| _M_ | _BIK_ | MILITARY | CIVILIAN | _BOP_ | _FCI mckea_ |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| _4-11-5._ | | _Paul_ |

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS
_P.O. Box 5000, Bradford, PA 16701_

16. OTHER INFORMATION

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

## CLINICAL EVALUATION

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

| | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|
| | ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| | ✓ | 19. NOSE | |
| | ✓ | 20. SINUSES | |
| | ✓ | 21. MOUTH AND THROAT | |
| | ✓ | 22. EARS–GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | |
| | ✓ | 23. DRUMS (Perforation) | |
| | ✓ | 24. EYES–GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| | ✓ | 25. OPHTHALMOSCOPIC | |
| | ✓ | 26. PUPILS (Equality and reaction) | |
| | ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| | ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| | ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| | ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| | ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| | ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | |
| | ✓ | 33. ENDOCRINE SYSTEM | |
| | ✓ | 34. G-U SYSTEM | |
| | ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | ✓ | 36. FEET | |
| | ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| | ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| | ✓ | 40. SKIN, LYMPHATICS | |
| | ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| | ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | | 43. PELVIC (Females only) (Check how done) | |
| | | ☐ VAGINAL   ☐ RECTAL | |

Notes (item numbers):

Ⓡ side partially occluded with cerumen - visualization difficult for obvious abnormality

PERRLA

clear to ausch, wheezes
RRR without murmur
no organomegly, ehernia ✓ Ⓤ umbilical hernia - movable
deferred

See anatomical figure
DRY SKIN on lower extremities

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | 0 | 1 | 2 | 3 | Restorable Teeth | | | | | Non-restorable teeth | | | | | Missing Teeth | | | | | Replaced by Dentures | | | | | Fixed Partial dentures | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|

NSN 7540-00-634-4038
88-124

Sta
Ge **57**

FROM : Panasonic PPF

DEC. 12. 1997  12:29PM  P 3

513 110

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

FROM: (Requesting physician or activity)          DATE OF REQUEST

REASON FOR REQUEST (Complaints and Findings)    *Betts*    8-4-97

PROVISIONAL DIAGNOSIS

*Bur c̄ greater troch Bursitis hip.*
*Pain c̄ resisted abduction*
*Tender greater troch*
*Pain c̄ flexion c̄ internal rotation*
*Please consider injection*

DOCTOR'S SIGNATURE    *Greater Troch Bursitis*    *Betts*

| PLACE OF CONSULTATION | | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|
| ☐ BEDSIDE | ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

### CONSULTATION REPORT

12/09/97    #01656-087
S:   Pain in the left hip for some time.  It hurts more when he sleeps on that side.  It hurts when he first gets up and starts walking around.  Sometimes down the lateral aspect, but mostly fairly well localized.  He has had this for sometime.  He has been on Motrin for several weeks without any results.
O:   On exam he has increased pain with hip flexion and extension, primarily internal rotation.  Point area of tenderness attachment of the piriformis tendon.
A:   Piriformis syndrome.
P:   I will inject the area with Depo-Medrol and Xylocaine.  I will give him a prescription for Indocin 50 mg to take b.i.d. for two weeks with one refill.  He will lay in for tonight.

                    ROBERT O. BATEMAN, M.D.

ROB/cb
D: 12/09/97; T: 12/10/97

E ASAAD, MD
Clinical Director

(Continue on reverse side)

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| ROBERT O. BATEMAN, M.D. | | *ROBates M* | 12/2/97 |
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

*Lee, Paul*
*01656 - 087*

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆U.S. GOVERNMENT PRINTING OFFICE 1986-414-368

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25813

58

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | COLOR EYES | 55. BUILD | | | | | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 67½ in | 222 | Black | Brown | ☐ SLENDER | ☐ MEDIUM | ☒ HEAVY | ☐ OBESE | | 97.4 |

| 57. BLOOD PRESSURE (Arm at heart level) | | | | | | 58. | | PULSE (Arm at heart level) | | |
|---|---|---|---|---|---|---|---|---|---|---|

| A. SITTING | SYS. 130 | B. RECUMBENT | SYS. | C. STANDING (5 min.) | SYS. | A. SITTING | B. AFTER EXERCISE | C 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIAS. 90 | | DIAS. | | DIAS. | 84 | | | | |

| 59. DISTANT VISION | | 60. | REFRACTION | | | 61. | NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 25 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | | BY |
| LEFT 20/ 30 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | | BY |

| 62. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ES° | EX° | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED | |
|---|---|---|---|---|---|
| RIGHT | LEFT | Normal | | CORRECTED | |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

| 70. HEARING | | | 71. | AUDIOMETER | | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

**73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY**

- Deafness in Ⓛ ear. Noticed in 1st or 3rd grade + was told it was nerve damage. Can hear certain tones. Wears glasses for watching T.V.

- Injury to Ⓛ rib in 1984. Boxing injury - possible calcific deposits per article MD

- Insulin dependent diabetes in mother, pneumonoconosis (black lung) - father deceased
- Stutters when nervous since childhood
- S/P tonsillectomy 1971
- S/P vasectomy 1973

*(Use additional sheets if necessary)*

**74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)**

Pt. on Benadryl for insomnia / recently started

15mm ⊕ PPD on 3/12/95
- Umbilical hernia - since childhood, movable
- Hearing loss in Ⓛ ear since childhood. Can hear normal speaking tones.

**75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)**

① Chest X-ray ② Make sure initial bloodwork includes LFT's ③ On PPD clinic for F/U ④ Audiometry (will schedule)

| 76. | A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

**77. EXAMINEE (Check)**

A. ☐ IS QUALIFIED FOR

B. ☒ IS NOT QUALIFIED FOR find service until ④ PPD evaluated

| B. PHYSICAL CATEGORY | | | |
|---|---|---|---|
| A | B | C | E |
| | | | |

**78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Robin Heinen OA-S  T. MONTGOMERY, FMG PA | Kelin Heinen OA-S |
| **80.** TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| | |
| **81.** TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (indicate which) | SIGNATURE |
| J. OLSON, MD CLINICAL DIRECTOR | |
| **82.** TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE | NUMBER OF ATTACHED SHEETS |

**59**

U.S. DEPARTMENT OF JUSTICE      INMATE INJUR~ ~SESSMENT AND FOLLOWUP
Federal Bureau of Prisons            *(Medical)*

AC2

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI-Beckley | Lee Paul | 01656-087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| BAKERY | Pop A Lower | 10-10-97   1830 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment |
|---|---|---|
| Rec Yard | | 10-10-97   1845 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

"I'm Sherlock hit me in the Shin with his palm"

X _Ea_____

            *Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

∅ Injuries Observed

X-Rays Taken _____    Not Indicated _____
**X-Ray Results**

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

Nothing Found        V 71.8

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

No Medical Attention

**13. This Injury Required:**

☒ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

_____
*Signature of Physician or Physician Assistant*

K.S. ROSE, RN

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original - Medical File
Canary - Safety
Pink - Work Supervisor *(Work related only)*
Goldenrod - Correctional Supervisor

60

U.S. DEPARTMENT OF JUSTICE

949.0 (0)    INMATE IN... ...SSESSMENT AND FOLLOWUP

Federal Bureau of Prisons

*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI Beckley | Lee, Paul | 01656-087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Bakery | POD A - Lower | 10.8.97 @ 0530 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Bakery FCI - F/S | ☑ Yes ☐ No | 10.8.97 @ 0630 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

"I burnt my arm on the oven, pulling out a tray."

X _____

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*     X-Rays Taken ☐    Not Indicated ☒

X-Ray Results

1° burn to ®upper fore-arm. Ø open areas @ this time, minimal swelling area is 4.5cm long by 1cm wide

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

949.0 (0) BURNS

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

cool H₂O applied x 30 min, gently cleansed, silvadene cream applied covered c̄ gauze, secured c̄ tape. I'm instructed re: care, re Dress. AOD. s/s of infection & f/u c̄ s/c for any complications

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

R. Holless/W. R. Holless R.N.

*Signature of Physician or Physician Assistant*

**Self Carboned Form** – *if ballpoint pen is used,* **PRESS HARD**

ENTERED

Original - Medical File
Canary - Safety
Pink - Work Supervisor *(Work related only)*
Goldenrod - Correctional Supervisor

61

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/15/97 1230 Trigg. | S. LBP |
| | O. Full ROM |
| | Tench back |
| | A. LBP |
| | P. Motrin 400 × TID 30/0 |
| | Heat |
| | SCP |
| 10/14/92 0948 | I need medication × my M.P. |
| | Pt had to examination show probably |
| | (L) Greater trochanter Bursitis |
| | — A. Bursitis |
| | — P. Motrin 400 × TID A 20 × I |
| | advise to apply heat/warm bath. |
| | RTC m need. |
| | Hadlee MANSO PA |
| 2/13/98 0953 | S. " I have a problem in a feet " |
| | O. Has a callus on side of the feet. |
| | A. Callus. |
| | P.— (1) shave callus (done) |
| | (2) Moleskin |
| | (3) RTC PRN. |
| | E.J. CHPL, PA |
| 5/11/98 0830 | [NO SHOW] [NO SHOW] Hadlee A. HADDED, PA FPC/FCI BECKLEY |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

7/14/97 — _[illegible handwriting]_ L(R) side of hip or killing _[illegible]_

1421 — Pt _[illegible]_ w/ Hx of osteoarthritis

— osteoarthritis

— Tylenol _[illegible]_ #40

— advise to apply heat/warm _[illegible]_

— _[illegible]_

n-t-c 15 weeks

_[signature illegible]_

8-4-97
0854

S - (1) hip aching @ hs _[illegible]_ while standing still
_[illegible]_ @ hs, lateral hip (1) side

O - Tender greater troch
— _[illegible]_ flexion + internal rotation
Pain c resisted abduction
— _[illegible]_
— No neuro findings

A - (1) hip greater troch bursitis

P - _[illegible]_ 30/1
— Abduction strengthening (1) hip (painless)
— Heat _[illegible]_
— _[illegible]_ if not improving
— Ortho Consult for injection/cancel of letter

_[signature illegible]_

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

LEE
PAUL A            01656-087
B/M/0/04-11-1953
HT/508   WT/205   HR/BK   EY/BN
CUSTODY/IN

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**

*(Medical)*

| 1. Institution FCI Beckley | 2. Name of Injured Lee, Paul | 3. Register Number 01656-087 |
|---|---|---|
| 4. Injured's Duty Assignment Kitchen (dishes) | 5. Housing Assignment Pop A-L | 6. Date and Time of Injury 8 April 97 16:15 |
| 7. Where Did Injury Happen *(Be specific as to location)* Kitchen | Work Related? ☑ Yes ☐ No | 8. Date and Time Reported for Treatment 8 April 97 16:55 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

I reached in sink / was cut on Rt hand palm by a pan.

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

A/O

X-Rays Taken _____    Not Indicated ✓

X-Ray Results

exhibits superficial laceration to palm of Rt hand (1¼ inch) bleeding controlled.

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

Impaired skin integrity.

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

No dishwashing or food prep next 2 days, states he had Tetnus in 1995. area cleaned / collodian flexible applied, watch for any s/s of infection.

**13. This Injury Required:**

☐ a. No Medical Attention

☑ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

Kenneth R. Lewis

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original - Medical File

Canary - Safety

Pink - Work Supervisor *(Work related only)*

Goldenrod - Correctional Supervisor

**64**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(ical)*

| 1. Institution | 2. Name of Injured | Register Number |
|---|---|---|
| FCI Beckley | Paul Lee | 01656 087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| UnAss. | Pine BL | 01/18/97  10:15 |

**7. Where Did Injury Happen** *(Be specific as to location)*
Unit (Pine BL)

Work Related? ☐ Yes  ☑ No

**8. Date and Time Reported for Treatment**
01/18/97   11:15

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

I was washing off the top of my Locker, and my Rt Arm Ran across the sharp edge.

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*      X-Rays Taken _____   Not Indicated ✓
X-Ray Results

Rt arm have small superficial laceration about 3 cm.

**11. Assessment** *(Analysis of Facts Based on Subjective and Objective Data)*

Laceration Superficial Rt Arm 879.6 (X)

**12. Plan:** *(Diagnostic Procedures with Results. Treatment and Recommended Follow-up)*

1. Cleaned with Bethadine, and polysporin & cover with bandage (nipple given)
2. T.T was given 3/15/95
3. RTC as need

**13. This Injury Required:**

☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other *(explain)*
_____
_____

☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

Duarte-Cha PA
*Signature of Physician or Physician Assistant*

Original - Medical File
Canary - Safety
Pink - Work Supervisor *(Work related only)*
Goldenrod - Correctional Supervisor

**Self Carboned Form** – If ballpoint pen is used, **PRESS HARD**

**65**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------|
| 7-30-96 0845 | BP - 130/76    HR 65    T-98.6 |
| | - Unable to do fasting Blood Sugar this Am |
| | Pt has already eaten Breakfast. |
| | ~ Jenna Puckett RN / Teresa Puckett RN |
| 10/29/96 0943 | BP 130/82    HR 74    T 97.5 |
| | S- F have a corn and thick skin |
| | O- Corn over 5th phalynx i skin thickening |
| | These epidem over medial great toe |
| | A - Corn |
| | P - Next scales |
| | Multiplast Batches |
| | [signature] / R Cooper PA |
| 01/19/97 11:15 | See injury report |
| | [circled] Donati Cmpi PA |
| 8 April 97 18:00 | See Injury report for today's date. ~ Kenneth R. Lew RN ~ Kenneth R. Lew ~ |
| 4-9-97 1130 | Inmate requested a copy of injury report dated 4-8-97. I released 1 copy to inmate |
| | [signature] J Aragon   J. ARAGON, H.I.T. |
| 04/14/97 0950 | TRIAGE ← |
| | S/ I have cold |
| | O/ Ears Hotension +M this |
| | A/ Common Cold |
| | D/ CTM 4 mgr   I PO. TID (#15) |
| | Tylenol 500 mgr   TT PO. TID |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 3/27/96<br>C720 | S- 42 yo BF presents c/o 1-2d H/o sore dry throat. Initial onset c dry scratchy throat i progression -> soreness. @2 day non-productive cough. No current chills however positive previous chills.

O- c/o unp BF  P.O.T° 98.4

Oropharynx hyperemic c mod throt PND c/adenopathy

Lungs CBA bil.  This dr. Bl

c/maxillary or frontal sinus tenderness.

Neck soft & supple

A- Pharyngitis

P- Amoxicillin 500 PO q8° x 10d   #30

CTM 4 mg BID x 7d   #14

Saline Gargles

_____ RN/ BHTO C F.A |
| 7-28-96<br>0900 | S- "Had Chest Pains in my Chest off & on Since 0300 this Am"

O- BP 118/82   HR 72   Respirens unlabored  sat 1 to skin w/o  Denies pain @ this time EKG Done No Acute Abnormalties noted. Abnormalitdate.

A- Alteration in Comfort

P- Encouraged to report to sick call for further Eval, then continue to monitor as ordered. Encouraged to return if CP Comes Back. _____ RN / Tenes of Parks Hs |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORD MAINTA AT:

PATIENT

LEE

PAUL A     01656-087
B/M/0/04-11-1953
HT/508   WT/205   HR/BK   EY/BN

RELATI    CUSTODY/IN

SPONSO

DEPART.

FCI BECKLEY, WV

CHRONO

FIRMR  **67**

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400012485        G. BETTS        10/29/96
LEE,PAUL                           01656-087
CUT PLATER TO FOR ITCHING CORN AND APPLY
REMOVE AFTER 48 HOURS

SALICYLIC ACID ░░ PLASTER        #1
SD   0 REFILL(S)           EXPIRES 11/28/96

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400020725        A. DUARTE-CHIPI  04/14/97
LEE,PAUL                           256-087
TAKE 1 TABLET BY MOUTH EVERY ░ ░ OURS AS
NEEDED (DO NOT TAKE MORE ░ ░ TABLETS PER 24
HOURS)

CHLORPHENIRAMINE MALEATE 4 MG TABLET  #15
SD   0 REFILL(S)           EXPIRES 05/14/97

Pharmacy Services
FCI BECKLEY, WV 25813          30░-255-7731

RX400020726        A. DU░░ CHIPI  04/14/97
LEE,PAUL                           01656-087
TAKE 1 OR 2 TABLE░░ MOUTH EVERY 4 TO 6 HOURS
AS NEEDED (░░ EXCEED 8 TABLETS PER DAY)

ACETAMINOPHEN 500 MG TABLET        #20
SD   0 REFILL(S)           EXPIRES 05/14/97

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400024946        ░ HADDED      07/14/97
LEE,PAUL                           01656-087
TAKE 1 OR 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS
AS NEEDED (DO NOT EXCEED 8 TABLETS PER DAY)

ACETAMINOPHEN 500 MG TABLET        #40
SD   0 REFILL(S)           EXPIR░ 08/13/97

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400028025        G ░░TS        09/15/97
LEE,PAUL A.            FCI        01656-087
TAKE 1 OR 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS
AS NEEDED FOR PAIN WITH FOOD (DO NOT EXCEED 8
TABLETS PER DAY)

IBUPROFEN 400 MG TABLET            #30
SD   0 REFILL(S)           EXPIRES 10/15/97

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400029979        G. BETTS        08/04/97
LEE,PAUL A.            FCI        01656-087
TAKE 1 OR 2 TABLETS BY MOUTH EV░ ░ TO 6 HOURS
AS NEEDED FOR PAIN WITH ░░ ░OD NOT EXCEED 8
TABLETS PER DAY)

IBUPROFEN 400 MG TABLET            #30
SD   1 REFILL(S)           EXPIRES 10/03/97

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400029585        A. HADDED      10/14/97
LEE,PAUL A.            FCI        01656-087
TAKE 1 OR 2 TABLETS BY MOUT░ ░░░ ░ 6 HOURS
AS NEEDED FOR ░ ░░ FOOD (DO NOT EXCEED 8
TABL░ ░░)

IBUPROFEN 400 MG TABLET            #20
SD   1 REFILL(S)           EXPIRES 12/13/97

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400032098        Dr. E. ASAAD        ░░/97
LEE,PAUL A.                        01656-087
TAKE 2 CAPSULES ░░ ░░ TWICE A DAY WITH FOOD

INDOMETHACIN 25 MG CAPSULE         #5░
SDH  1 REFILL(S)           EXPIRES 01/07/98

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400039931        E. ROMERO        05/14/98
LEE,PAUL A.            FCI        01656-087
TAKE 1 OR 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS
AS NEEDED FOR PAIN WITH FOOD (DO NOT EXCEED 8
TABLETS PER DAY)

IBUPROFEN 400 MG TABLET            #28
SD   0 REFILL(S)           EXPIRES 06/13/98

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400044470        E. CHIPI        08/14/░░
LEE,PAUL A.            FCI        01656-08░
TAKE 1 CAPSULE BY MOUTH TWICE A DAY ON AN EMPT░
STOMACH UNTIL FINISHED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                          :
                    Plaintiff     :
                                  :
          v.                      :        Civil No.  1:CV-00-00486
                                  :        (Kane, J.)
UNITED STATES OF AMERICA, et al.  :
                    Defendants    :

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on December 11, 2000, she served a copy of the attached

**RECORD TO BRIEF IN SUPPORT OF THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

SHELLEY L. GRANT
Paralegal Specialist