DMB:DD:slg:2000V00797

(27)
12/29/00

**FILED**
**HARRISBURG**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEC 2 8 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

PAUL LEE,
: Plaintiff
:
:
v. : Civil No. 1:CV-00-00486
: (Kane, J.)
UNITED STATES OF AMERICA, et al. :
Defendants :

**DEFENDANTS' REPLY TO PLAINTIFF'S**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

On March 15, 2000, inmate Paul Lee filed a combined Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671 et seq., and Bivens complaint. Defendants filed a motion to dismiss and a motion for summary judgment and supporting briefs on November 27 and December 11, 2000, respectively. On December 14, 2000, rather than oppose the dispositive motions, Lee filed a motion for leave to amend his Complaint.

Defendants note that Fed. R. Civ. P. 15(a), provides that a party is permitted to amend his pleading "once as a matter of course at any time before a responsive pleading is served . . . ", or a party may amend "by leave of court or by written consent of the adverse party; and leave shall be freely given . . . ." Accordingly, because Rule 15(a) permits plaintiff to amend his

int, defendants do not oppose Lee's motion to amend his complaint.

                                        Respectfully submitted,

                                        DAVID M. BARASCH
                                        United States Attorney

                                        KATE L. MERSHIMER
                                        Assistant U.S. Attorney
                                        SHELLEY L. GRANT
                                        Paralegal Specialist
                                        217 Federal Building
                                        225 Walnut Street
                                        Post Office Box 11754
                                        Harrisburg, PA 17108

Dated: December 28, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,  :
      Plaintiff  :
        :
    v.  :  Civil No. 1:CV-00-00486
        :  (Kane, J.)
UNITED STATES OF AMERICA, et al.  :
      Defendants  :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on December 28, 2000, she served a copy of the attached

**DEFENDANTS' REPLY TO PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

_____
SHELLEY L. GRANT
Paralegal Specialist