(29)
1-8-01

00-CV-486

```
Thu Dec 28 10:46:38 2000

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   333 82143
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 56609360

Transaction Type  AR

DD Code   Div No    Acct
4667       3        8060PL

Amount            $    17.78

PAUL LEE 9656087 FCI ALLENWOOD

PARTIAL FILING FEE 00-CV-486
```

FILED
SCRANTON

JAN - 4 2001

PER _____
        DEPUTY CLERK

Kew/
DB