ORIGINAL

FILED
HARRISBURG, PA

JAN 1 7 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE, :
    Plaintiff :
     :
    v. : Civil No. 1:CV-00-00486
     : (Kane, J.)
UNITED STATES OF AMERICA, et al. :
    Defendants :

AMENDED CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on January 17, 2001, she served a copy of the attached

**DEFENDANTS' REPLY TO PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Elkton
P.O. Box 89
8730 Scroggs Road
Elkton, Ohio 44415

                                                        SHELLEY L. GRANT
                                                        Paralegal Specialist