ORIGINAL

(32)
1-31-01
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE, :
:
       Plaintiff, :
:
v. : 1:00-cv-0486
:
UNITED STATES, et al, :
:
       Defendants. :

FILED
HARRISBURG
JAN 3 0 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Paul Lee ("Lee") opposes the government's motion for summary judgment on the grounds that if this Court grants the motion for leave to amend, the motion will be moot. As such, the government's motion should be denied until the motion for leave to amend is first ruled upon.

Respectfully submitted,

By: _____
Paul Lee
Box 10
Lisbon, OH 44432

PLAINTIFF

CERTIFICATE OF SERVICE

I, Paul Lee, certify that I mailed a true copy of the foregoing to Kate Mershimer, Esquire; Office of U.S. Attorney; 217 Federal Building; 225 Walnut Street; PO Box 11754; Harrisburg, PA 17108 on this 24th day of January, 2001.

By: _____
Paul Lee