(33)

2-1-01
sc

**FILED**
HARRISBURG, PA

JAN 3 1 2001

MARY E. D'ANDREA, CLE[...]
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                         :
            Plaintiff             :
                                  :
        v.                        :     CIVIL NO. 1:CV-00-0486
                                  :
                                  :     (Judge Kane)
UNITED STATES OF AMERICA, et al.,:
            Defendants            :

**ORDER**

NOW, THEREFORE, THIS 31st DAY OF JANUARY, 2001, upon consideration of the plaintiff's unopposed motion for leave to file an amended complaint, (Doc. No. 26), IT IS HEREBY ORDERED THAT plaintiff's motion is granted. The Clerk of Court is directed to docket plaintiff's "First Amended Complaint" that is attached to his motion to amend. IT IS FURTHER ORDERED THAT defendants' motion for enlargement of time within which to file a responsive pleading to the plaintiff's amended complaint (Doc. No. 28), is granted. Defendants shall file a responsive pleading on or before February 2, 2001.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 31, 2001

Re:  1:00-cv-00486    Lee v. United States of Ame

True and correct copies of the attached were mailed by the clerk
to the following:

    Paul Lee
    FCI-ALLENWOOD
    01656-087
    P.O. Box 2000
    White Deer, PA  17887

    Kate L. Mershimer, Esq.
    U.S. Attorneys Office
    Room 217, Federal Bldg.
    228 Walnut St.
    Harrisburg, Pa  17108

cc:
Judge                        ( L )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )  PA Atty Gen ( )
                                       DA of County ( )  Respondents ( )

Bankruptcy Court             ( )
Other_____TSLC_____    ( ✓ )

                                        MARY E. D'ANDREA, Clerk

1-31-01