DMB:DD:slg:2000V00797

FILED
HARRISBURG
FEB 8 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE, : 
      Plaintiff :
 :
   v. : Civil No. 1:CV-00-00486
 : (Kane, J.)
UNITED STATES OF AMERICA, et al. :
      Defendants :

### DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants hereby request the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing the brief in support of their motion to dismiss and for summary judgment. A brief in support of this motion has been filed in accordance with Local Rule 7.5. Counsel certifies that she has not obtained the concurrence of plaintiff pursuant to Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                Respectfully submitted,

                DAVID M. BARASCH
                United States Attorney

                KATE L. MERSHIMER
                Assistant U.S. Attorney
                SHELLEY L. GRANT
                Paralegal Specialist
                217 Federal Building
                225 Walnut Street
                Post Office Box 11754
                Harrisburg, PA 17108

Dated: February 8, 2001

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                        :
             Plaintiff           :
                                 :
        v.                       :   Civil No.  1:CV-00-00486
                                 :   (Kane, J.)
UNITED STATES OF AMERICA, et al. :
             Defendants          :
```

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 8, 2001, she served a copy of the attached

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Elkton
P.O. Box 89
Elkton, Ohio 44415

_____
SHELLEY L. GRANT
Paralegal Specialist