

U.S. OFFICIAL MAIL
U.S. POSTAGE
≈ 0340
N METER
590023

PENALTY
FOR
PRIVATE
USE $300

HARRISBURG
02-01-01
PA

FILED
HARRISBURG, PA
FEB 7   2001
MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

RETURN CHECK
Unclaimed _____
Attempted - Not Known _____
Insufficient Address _____
No such street _____
No such office - Number _____
Unable to forward _____
Do not remain in this address _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Paul Lee
FCI-ALLENWOOD
01656-087
P.O. Box 2000
~~White Deer, PA  17887~~

        Re: 1:00-cv-00486

        --------------------------------


        --------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                          CLERK'S OFFICE ADDRESS:

Judge Sylvia H. Rambo                       U.S. District Court
Judge Yvette Kane                             228 Walnut Street
Judge William W. Caldwell                   P.O. Box 983
Magistrate Judge J. Andrew Smyser           Harrisburg, PA  17108

----------------------------------------------------------------------

Chief Judge Thomas I. Vanaskie              U.S. District Court
Judge A. Richard Caputo                     235 N. Washington Ave.
Judge James M. Munley                         P.O. Box 1148
Judge William J. Nealon                     Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt

----------------------------------------------------------------------

Judge James F. McClure                      U.S. District Court
Judge Malcolm Muir                          240 West Third Street
                                            Suite 218
                                            Williamsport, PA  17701

FILED
HARRISBURG, PA

JAN 3 1 2001

MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                          :
         Plaintiff                 :
                                   :
    v.                             :        CIVIL NO. 1:CV-00-0486
                                   :
                                   :        (Judge Kane)
UNITED STATES OF AMERICA, et al., :
         Defendants                :

## ORDER

NOW, THEREFORE, THIS 31st DAY OF JANUARY, 2001, upon consideration

of the plaintiff's unopposed motion for leave to file an amended

complaint, (Doc. No. 26), IT IS HEREBY ORDERED THAT plaintiff's motion

is granted.   The Clerk of Court is directed to docket plaintiff'

"First Amended Complaint" that is attached to his motion to amend

IT IS FURTHER ORDERED THAT defendants' motion for enlargement of tim

within which to file a responsive pleading to the plaintiff's amende

complaint (Doc. No. 28), is granted.   Defendants shall file

responsive pleading on or before February 2, 2001.

_____
YVETTE KANE
United States District Judge

YK:dlb