

**U. S. Department of Justice**

**Federal Prison System**

*Consolidated Legal Center - Allenwood*

(570) 547-1990 X4119
(570) 547-0361 (FAX)

P O Box 1500
White Deer, PA 17887

February 1, 2001

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmonds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

FEB 05 2001

PER _____
DEPUTY CLERK

RE:   LEE, Paul - Reg. No. 01656-087
      1:00-CV-00486

      WHITTAKER, Franklin - Reg. No. 16416-054
      3:99-CV-02076

      RAMIREZ, Marc - Reg. No. 27353-053
      00-2489

Dear Ms. Edmonds:

Our office has been informed that the above-named inmates have completed payment of their $150.00 and/or $105.00 filing fees.

Should your records reflect a discrepancy, please do not hesitate to contact me at (570) 547-1990 x4119.

Sincerely,

*Michelle Mertz*
Michelle Mertz
Legal Assistant