

(42)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,

    Plaintiff,

v.                               1:00cv00486

UNITED STATES, et al,

    Defendants.

### PAUL LEE'S MOTION FOR EXPANSION OF TIME TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT

Plaintiff Paul Lee ("Lee"), pro se, moves this Court for an expansion of time to respond to the government's omnibus motion. The basis for this motion is the fact that the government, after receiving several extensions of time, filed a lengthy and complicated omnibus motion. Lee is presently required by the defendants to work seven (7) hours per day. As a result, Lee's access to the law library is minimal. Therefore, Lee requests until March 29, 2001, to respond. A proposed order is attached hereto.

Respectfully submitted,

By: _____
Paul Lee
% Chrissy's Paralegal Service
500 Lincoln Highway
N. Versailles, PA 15137
1.800.435.5347 Telephone
1.800.572.4403 Facsimile
usdojcom@hotmail.com

PLAINTIFF

FILED
SCRANTON

FEB 27 2001

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE, :
:
    Plaintiff, :
:
v. : 1:00cv00486
:
UNITED STATES, et al, :
:
    Defendants. :

## ORDER

AND NOW, this ____ day of _____, 2001, upon consideration of Paul Lee's Motion for Expansion of Time, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that said motion should be and hereby is GRANTED. Lee may file his response on or before March 29, 2001.

By the Court:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Paul Lee, certify that I caused a true copy of the foregoing to be mailed to Kate L. Mershimer, Esquire; Office of U.S. Attorney; 217 Federal Building; 228 Walnut Street; Post Office Box 11754; Harrisburg, PA 17108 on this 23d day of February, 2001.

By: _____
Paul Lee