UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,
: 
    Plaintiff
:
v.
:   CIVIL NO. 1:CV-00-0486
:
UNITED STATES OF AMERICA, ET AL.,
:   (Judge Kane)
:
    Defendants
:

**ORDER**

NOW, THIS 6th DAY OF ~~FEBRUARY~~ MAR, 2001, upon consideration of Defendants' motion to exceed the fifteen-page limit, said motion (Doc. No. 34) is granted. Defendants may file a brief in support of their motion to dismiss and for summary judgment which does not exceed twenty (20) pages.

YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 6, 2001

Re: 1:00-cv-00486   Lee v. United States of Ame

True and correct copies of the attached were mailed by the clerk to the following:

Paul Lee
FCI-Elkton
01656-087, Unit C
P.O. Box 89
8730 Scrogges Road
Elkton, OH  44415

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

cc:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____ ( )

MARY E. D'ANDREA, Clerk

DATE: __3/6/01__          BY: __[signature]__
                              Deputy Clerk