IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                              :

        Plaintiff,               :

    v.                                  : 1:00cv0486

UNITED STATES, et al,                  :

        Defendants.              :

## PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME

Plaintiff Paul Lee ("Lee"), pro se, moves this Court to grant a final extension of time through April 17, 2001, to file an opposition to the summary judgment motion:

1. The defendant recently caused Lee to be transferred from the Federal Correctional Institution at Allenwood, Pennsylvania, to the Federal Correctional Institution at Elkton, Ohio.

2. During the transfer, certain documents relevant to these proceedings were lost, misplaced, or left behind.

3. Lee has diligently been working with a document retrieval company to locate the missing documents.

4. Lee anticipates that the documents will be obtained shortly and that a response can be filed no later motion is granted, Lee will not request further extensions of time absent extraordinary circumstances.

WHEREFORE, Plaintiff respectfully requests that this Court grant him an extension of time through April 17, 2001, to respond to the outstanding summary judgment motion.

Respectfully submitted,

By: _____
Paul Lee
Box 10
Lisbon, OH 44432

PLAINTIFF

CERTIFICATE OF SERVICE

I, Paul Lee, certify that I mailed a true copy of the foregoing to Kate L. Mershimer, Esquire; Office of United States Attorney; Post Office Box 11753; Harrisburg, PA 17108 on this 26th day of March, 2001.

By: _____
Paul Lee