UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                           :
                                    :
         Plaintiff                  :
                                    :
    v.                              :   CIVIL NO. 1:CV-00-0486
                                    :
UNITED STATES OF AMERICA,           :
ET AL.,                             :   (Judge Kane)
                                    :
         Defendants                 :

FILED
HARRISBURG, PA
APR 2 0 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

**ORDER**

NOW, THIS 20th DAY OF APRIL, 2001, upon consideration of Plaintiff's motion for a further extension of time in which to respond to Defendant's Motion for Summary Judgment, IT IS HEREBY ORDERED THAT said motion (Doc. No. 45) is granted. Plaintiff may file a brief in opposition on or before May 1, 2001.

YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 20, 2001

Re:  1:00-cv-00486    Lee v. United States of Ame

True and correct copies of the attached were mailed by the clerk to the following:

```
Paul Lee
FCI-Elkton
01656-087, Unit C
P.O. Box 89
8730 Scrogges Road
Elkton, OH  44415

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108
```

```
cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                        DA of County   ( )   Respondents  ( )

Bankruptcy Court               ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____4/24/9_____   BY: _____/s/_____
                                  Deputy Clerk