DMB:DD:slg:2000V00797

FILED
HARRISBURG

APR 23 2001

MARY E. D'ANDREA, CLERK
Per_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                              :
      Plaintiff                      :
                                       :
      v.                             :    Civil No.  1:CV-00-00486
                                       :    (Kane, J.)
UNITED STATES OF AMERICA, et al.,      :
      Defendants                     :

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S BRIEF

Defendants, by their counsel, hereby request this Court to strike "Plaintiff Paul Lee's Memorandum and Evidence in Opposition to the Motion to Dismiss or for Summary Judgment" due to plaintiff's failure to sign the brief as required by Fed. R. Civ. P. 11.

The reasons for striking plaintiff's brief will be set forth in a supporting brief filed pursuant to M.D. Pa. Local Rule 7.5.

                         Respectfully submitted,

                         DAVID M. BARASCH
                         United States Attorney

                         KATE L. MERSHIMER
                         Assistant U.S. Attorney
                         SHELLEY L. GRANT
                         Paralegal Specialist
                         217 Federal Building
                         225 Walnut Street
                         Post Office Box 11754
                         Harrisburg, PA 17108

Dated: April 23, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,                          :
       Plaintiff           :
                                   :
   v.                              :      Civil No. 1:CV-00-00486
                                   :      (Kane, J.)
UNITED STATES OF AMERICA, et al.,  :
       Defendants          :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 23, 2001, she served a copy of the attached

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S BRIEF**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Elkton
P.O. Box 89
8730 Scroggs Road
Elkton, Ohio 44415

_____
SHELLEY L. GRANT
Paralegal Specialist