

DMB:DD:slg:2000V00797

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,  :
      Plaintiff  :
    :
  v.  :  Civil No.  1:CV-00-00486
    :  (Kane, J.)
UNITED STATES OF AMERICA, et al.  :
      Defendants  :

EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR
MOTION TO STRIKE PLAINTIFF'S BRIEF

DAVID M. BARASCH
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
SHELLEY L. GRANT
Paralegal Specialist
217 Federal Building
225 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108

Dated: May 3, 2001

# EXHIBIT - 1

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| ✓ | | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| ✓ | | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | ✓ | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | | |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for fitness or unsuitability.)* |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why,* |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Paul Lee | [signature] |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ___ TRANSFER X P.V. ___
OTHER ___

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? ___

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ___ NO X
WHAT ARRANGEMENTS HAVE BEEN MADE? ___

DUTY STATUS: TEMPORARY WORK X RESTRICTED ___
GENERAL POPULATION X YES ___ NO ___
TYPE AND EXTENT OF LIMITATION ___

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

① Hearing loss (L) ear.
② c/o (L) hip bursitis

Exh. A (4 pages)

47

| TYPED OR PRINTED NAME OF PHYSICIAN OR | DATE | SIGNATURE | NUMBER OF |

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI Beckley | Lee, Paul | 01656-087 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Food Service | Voylar A Upper | 8/25/98 0600 |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Food Service dish room | ☐ Yes  ☒ No | 8/25/98 0645 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

"The guy said something I did not like and we fought."

*Signature of Patient*

**10. Objective:** (Observations or Findings from Examination)   X-Rays Taken ___   Not Indicated ✓
**X-Ray Results**

Has minor bleeding laceration 5th metacarpal jnt. FROM, no edema.

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

① minor laceration  879.6(A)
② confusion

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

① Triple antibiotic twice a day
② Keep wound dry & clean

**13. This Injury Required:**
- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (explain)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant* — E. Schip, PA

Self Carboned Form – If ballpoint pen is used, PRESS HARD

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

51

**U.S. DEPARTMENT OF JUSTICE** — INMATE INJURY ASSESSMENT AND FOLLOWUP
Federal Bureau of Prisons — (Medical)

A12

| # | Field | Entry |
|---|---|---|
| 1 | Institution | FCI-Beckley |
| 2 | Name of Injured | Lee, Paul |
| 3 | Register Number | 01656-087 |
| 4 | Injured's Duty Assignment | Bakery |
| 5 | Housing Assignment | Pop A Lower |
| 6 | Date and Time of Injury | 10-10-97  1830 |
| 7 | Where Did Injury Happen | Rec Yard |
|   | Work Related? | ☐ Yes  ☒ No |
| 8 | Date and Time Reported for Treatment | 10-10-97  1845 |

**9. Subjective:** "I/M Spurlock hit me in the chin with his palm"

X _(Signature of Patient)_

**10. Objective:** Ø injuries observed

X-Rays Taken ____   Not Indicated ____
X-Ray Results:

**11. Assessment:** Nothing found    V71.8

**12. Plan:** No Medical Attention

**13. This Injury Required:**

☒ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

_Signature of Physician or Physician Assistant_
RS Rose, RN

Self Carboned Form – If ballpoint pen is used, PRESS HARD

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)

60

which may be just and proper considering the circumstances.

Respectfully submitted,

By: _____
Paul Lee
Box 2000
White Deer, PA  17887
800.278.3288 Telephone
800.572.4403 Facsimile
usdojcom@hotmail.com

PLAINTIFF


DECLARATION OF PAUL LEE

I, Paul Lee, declare and state under the penalty for perjury that the foregoing allegations are true and correct.  28 USC §1746.

By: _____
Paul Lee

*Signature Page of "First Amended Complaint"*

# EXHIBIT - 2

call out sheet was posted by prison staff. Lee has never deliberately missed an appointment. See Lee Declaration. As to the claim that Lee did not attempt to make appointments regarding hip replacement surgery, this is also not true. Each time Lee appeared for sick call, he mentioned the hip pain and requested the surgery. Medical staff, however, told Lee to buy some pain killers from the commissary. They did not note the complaints in the medical records. Even after this suit was filed, the Federal Bureau of Prisons has still not arranged for the hip replacement surgery.

Importantly, Lee notes that the government's claims that Lee refused to receive "a local injection." On the contrary, Lee did receive one injection. He noted complications and irritation as a proximate result, and advised medical staff accordingly. Medical staff told him that, based on his reactions, he should not accept further injections. The refusal to accept further injections was based on the complications and was not a "refusal" to cooperate with medical treatment. See Lee Declaration.

Based on this, there are clearly material facts in dispute. As such, the government is not entitled to summary judgment based on this record. Therefore, the claims must proceed to trial.

## III. Conclusion

On this record, there are clearly material facts in dispute which prevent any award of summary judgment to the government. As such, this case should proceed to trial.

Respectfully submitted,

By: _____
Paul Lee
% Chrissy's News and Paralegal Service
500 Lincoln Highway
N. Versailles, PA  15137

PLAINTIFF

4

Exh. B

# EXHIBIT - 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,

    Plaintiff,

v.                                               1:00cv00486

UNITED STATES, et al,

    Defendants.

### PAUL LEE'S MOTION FOR EXPANSION OF TIME TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT

Plaintiff Paul Lee ("Lee"), pro se, moves this Court for an expansion of time to respond to the government's omnibus motion. The basis for this motion is the fact that the government, after receiving several extensions of time, filed a lengthy and complicated omnibus motion. Lee is presently required by the defendants to work seven (7) hours per day. As a result, Lee's access to the law library is minimal. Therefore, Lee requests until March 29, 2001, to respond. A proposed order is attached hereto.

                                                     Respectfully submitted,

                              By: _____/s/_____

                                    Paul Lee
                                    % Chrissy's Paralegal Service
                                    500 Lincoln Highway
                                    N. Versailles, PA 15137
                                    1.800.435.5347 Telephone
                                    1.800.572.4403 Facsimile
                                    usdojcom@hotmail.com

                                    PLAINTIFF

EXH. C

# EXHIBIT - 4

| | | |
|---|---|---|
| Citation | Search Result | Rank 9 of 11 |
| 56779265208 | | |

Database
CORP-PA

56779265208

| | |
|---|---|
| This Record Last Updated: | 06/29/2000 |
| Database Last Updated: | 04/10/2001 |
| Update Frequency: | Daily |
| Current Date: | 04/17/2001 |
| Source: | As reported by the Secretary of State or other official source |

## COMPANY INFORMATION

| | |
|---|---|
| Name: | **CHRISSY'S** NEWS |
| Address: | 500 LINCOLN HWY STE 8<br>NORTH VERSAILLES, PA 15137 |

## FILING INFORMATION

| | |
|---|---|
| Filing Date: | 11/03/1995 |
| Status: | ACTIVE |
| Business Type: | FICTITIOUS NAME |
| Address Type: | Mailing |
| Registration ID #: | 2663977 |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION<br>308 NORTH OFFICE BLDG<br>HARRISBURG, PA 17120 |

## PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | CHRISTINE MAYDAK |
| Title: | FICTITIOUS NAME OWNER |
| | |
| Name: | MICHAEL SUSSMAN |
| Title: | FICTITIOUS NAME OWNER |
| | |
| Name: | THE KEITH MAYDAK FOUNDATION |
| Title: | FICTITIOUS NAME OWNER |

## AMENDMENT INFORMATION

| | |
|---|---|
| Amendments: | 11/03/1995 Miscellaneous; FICTITIOUS NAME |

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

Exh. D

56779265208

ADDITIONAL DETAIL INFORMATION

Filing Office Details:     BUSINESS PURPOSE:  RETAIL TRADE OF
                           MAGAZINES/NEWSPAPERS/CANDY/TOBACCO ETC

The preceding public record data is for information purposes only and is not t[he]
official record. Certified copies can only be obtained from the official source

END OF DOCUMENT

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

# EXHIBIT - 5




The **Keith Maydak Foundation** was founded by friends of Keith Maydak. Its original goals were to work to get Keith a new trial and to see that the truth about his case came out. In fact, this Web site is one major way for us to expose the conspiracy that took place between AT&T and the United States Government.

Since then, the Foundation has expanded and is involved in trying to make changes to the criminal justice system and to the laws of the United States to make it much harder for these kinds of injustices to happen.

One of our first goals was to eliminate the absurdly harsh Federal Sentencing Guidelines for the crime of money laundering. While we certainly do not advocate leniency for those who launder money for profit, the present laws are so broad, defining money laundering as a ``financial transaction over $10,000 with criminally derived funds,'' that money laundering has been used as a sentence-enhancer in any case where more than $10,000 is involved.

If you steal a car and sell it, you should be charged with car theft and theft of stolen property. However, when you use the money you got from selling the stolen car to put a down-payment on a house, you should not be charged with a separate crime with a potential sentence greater than the two actual crimes combined!

Recently, the United States Sentencing Commission has considered making this exact change. Please help us make this a reality. To see what you can do to help, click here.

The Foundation recognizes that our country's criminal justice and law-enforcement systems can be a powerful tool threat to our liberty. Pornography legislation consistently threatens our freedom of speech. ``Fairness'' legislation threatens our freedom of the press. And the Communication Decency Act threatens to severely cripple the Internet.

The Foundation proposes a number of changes to help protect our liberties.

- Restrict law enforcement agencies' ability to use civil forfeiture before trial and restore the ``innocent owner defense''.
- Allow those who have had property seized to appeal the seizure without having to pay or escrow exorbitant fees.
- Repeal RICO. Though we have no objection to new laws being passed to combat organized crime, RICO is simply too broad and too easily abused, often serving as a battering ram to coerce confessions from the

EXH. E

innocent.
- End charges of "conspiracy". Charge with a crime those who commit crimes. These laws make it possible for people to be convicted of a crime simply for discussing it and have a significant chilling effect on our freedom of speech.
- Pass the Fully Informed Jury Act and ensure that juries are aware of their constitutional obligation to try the law as well as the person.
- Prohibit judges from applying excessive pressure to juries who cannot reach a verdict. Prohibit an Allen Charge in every court in the country.
- Make it easier for people to hold officials personally responsible and liable for knowing official misconduct.
- Revamp the Grand Jury system. It should be far more difficult to get an indictment. In particular, there should be someone present whose job it is to argue *against* indictment.

---

Contents Copyright © 1996-1997 -- *The Friends of Keith Maydak*



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL LEE,
      Plaintiff

    v.                       Civil No. 1:CV-00-00486
                              (Kane, J.)

UNITED STATES OF AMERICA, et al.
      Defendants

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 3, 2001, she served a copy of the attached

**EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR
MOTION TO STRIKE PLAINTIFF'S BRIEF**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Lee
Reg. No. 01656-087
FCI Elkton
P.O. Box 89
8730 Scroggs Road
Elkton, Ohio 44415

                                              /s/ Shelley L. Grant
                                              SHELLEY L. GRANT
                                              Paralegal Specialist